## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Kandi Curtis

                Plaintiff,

v.                                        Case No.: 1:26–cv–08572
                                        Honorable Sharon Johnson Coleman

Abbott Laboratories, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/4/2026. Counsel for defendant Abbott stated on the record that they do not oppose plaintiff's motion to reassign related actions, consolidate, and appoint interim co–lead counsel [11] and brought to the Court's attention that six cases were also filed on in the District Court of Wisconsin, three were voluntarily dismissed yesterday. Counsel will be filing a motion in the Wisconsin District to have those matters remain there. Counsel for plaintiff reported that he has spoken with plaintiffs in the matters currently in the Northern District of Illinois and the ones in Wisconsin, and all agree that the matters should proceed in Illinois. Plaintiff';s motion is taken under advisement. An in–person status hearing is set for 9/1/2026 at 10:15 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.