**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KANDI CURTIS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC., and EXACT SCIENCES CORPORATION**,<br><br>Defendants. | No. 1:26-CV-08572<br><br>Judge Sharon Johnson Coleman |
| **ELIZABETH BLY**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC., and EXACT SCIENCES CORPORATION**,<br><br>Defendants. | No. 1:26-CV-08580<br><br>Judge Elaine E. Bucklo |
| **BRIAN TROESCH, NICOLE PETERSEN, BRIAN SKIFF, JEANNETTE CANO, KATHRYN TERLIKOWSKI, SHERRY NETTLES, and ASHLEY SANCHEZ**, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC., and EXACT SCIENCES CORPORATION**,<br><br>Defendants. | No. 1:26-CV-08706<br><br>Judge Mary M. Rowland |

| | |
|---|---|
| **KRISTEN BABEL**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC., and EXACT SCIENCES CORPORATION**,<br><br>Defendants. | No. 1:26-CV-08848<br><br>Judge Jorge L. Alonso |
| **GREGORY BLACKWELL**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC., and EXACT SCIENCES CORPORATION**,<br><br>Defendants. | No. 1:26-cv-10164<br><br>Judge John Robert Blakey |
| **JUAN AYALA,** individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES, INC., and EXACT SCIENCES CORPORATION**,<br><br>Defendants. | No. 1:26-cv-10379<br><br>Judge Georgia N. Alexakis |

**PLAINTIFFS' AMENDED MOTION TO REASSIGN RELATED ACTIONS, CONSOLIDATE, AND APPOINT INTERIM CO-LEAD COUNSEL AND MEMORANDUM IN SUPPORT**

Pursuant to Local Rule 40.4 and Federal Rules of Civil Procedure 42(a) and 23(g)(3), Plaintiffs, Kandi Curtis, Elizabeth Bly, Brian Troesch, Nicole Petersen, Brian Skiff, Jeannette Cano, Kathryn Terlikowski, Sherry Nettles, Ashley Sanchez, Kristen Babel, Gregory Blackwell, and Juan Ayala (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move to (1) designate the above-styled actions as related pursuant to Local Rule 40.4 and reassign *Bly v. Abbott Laboratories, Inc.*, No. 1:26-CV-08580 (the "*Bly* Action"), *Troesch, et al. v. Abbott Laboratories, Inc.*, No. 1:26-CV-08706 (the "*Troesch* Action"), *Babel v. Abbott Laboratories, Inc.*, No. 1:26-CV-08848 (the "*Babel* Action"), *Blackwell v. Abbott Laboratories, Inc.*, No. 1:26-cv-10164 (the "*Blackwell* Action"), and *Ayala v. Abbott Laboratories, Inc.*, No. 1:26-cv-10379 (the "*Ayala* Action") to the Honorable Sharon Johnson Coleman, who is presiding over the first-filed action, *Curtis v. Abbott Laboratories, Inc.*, No. 1:26-CV-08572 (the "*Curtis* Action" and, with the *Bly*, *Troesch*, *Babel*, *Blackwell*, and *Ayala* Actions, the "Related Actions"); (2) consolidate the Related Actions into the *Curtis* Action; (3) appoint Gary Klinger of Milberg, PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP, and Barrett J. Vahle of Stueve Siegel Hanson LLP, as Interim Co-Lead Class Counsel under Federal Rule of Civil Procedure 23(g); and (4) set a deadline for the filing of a consolidated class action complaint within thirty (30) days of entry of an order granting the relief requested herein.

The Related Actions all arise from a data breach ("Data Breach") that impacted Defendants Abbott Laboratories, Inc. and Exact Sciences Corporation (collectively, "Defendants") in July 2026. Because the Related Actions all arise out of the same Data Breach, reassignment, consolidation, and the appointment of interim lead counsel will streamline litigation, avoid

inconsistent decisions and preserve judicial resources. Plaintiffs in all of the Related Actions agree to the relief sought herein.

## I. BACKGROUND

On July 20, 2026, Plaintiff Kandi Curtis filed her class action complaint in this Court as *Curtis v. Abbott Laboratories, Inc., et al*, No. 01:26-cv-08572 (the "*Curtis* Action"). Thereafter, the *Bly*, *Troesch*, *Babel*, *Blackwell*, and *Ayala* actions were filed. The Related Actions all arise from the same Data Breach that impacted Defendants on or around July 16, 2026. *See Curtis* Compl. ¶ 32; *Bly* Compl. ¶ 32; *Troesch* Amend. Compl. ¶ 29; *Babel* Compl. ¶ 28; *Blackwell* Compl. ¶ 35; *Ayala* Compl. ¶ 33. The six Plaintiffs each bring overlapping claims of negligence, negligence *per se*, breach of implied contract, and unjust enrichment against Defendants.

Moreover, Plaintiffs propose overlapping nationwide classes under Federal Rules of Civil Procedure 23(a) and (b)(3).

## II. ARGUMENT

### A. The Court Should Reassign the Actions Pursuant to Rule 40.4

Under Local Rule 40.4(c), Plaintiffs respectfully request that the Court reassign the *Bly*, *Troesch*, *Babel, Blackwell*, and *Ayala* Actions to the Honorable Sharon Johnson Coleman, who is the presiding judge in the earliest filed Related Action (*i.e.*, the *Curtis* Action). *See* L.R. 40.4(c). As explained below, reassignment is proper because Local Rules 40.4(a) and 40.4(b) are both satisfied.

#### 1. Local Rule 40.4(a) is satisfied

Local Rule 40.4(a) provides that:

> [C]ivil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same.

L.R. 40.4(a) (emphasis added). Here, multiple prongs of Local Rule 40.4(a) are met. The Related Actions "involve some of the same issues of fact or law" Because they all "grow out of the same . . . occurrence[s]." Further, plaintiffs in the Related Actions bring overlapping claims against Defendant, and the proposed classes in both actions overlap—and thus, "one or more of the classes involved in the cases is or are the same." Plaintiffs propose overlapping classes under Federal Rules of Civil Procedure 23(a), (b)(1)(2)(3) and (c)(4).

Thus, the Related Actions share many "points of commonality" whereby the Related Actions, among other things, (i) are against the same Defendants, (ii) arise from the same course of action (the Data Breach), (iii) assert overlapping causes of action, (iv) allege the same injuries, and (v) propose overlapping classes under the Federal Rules of Civil Procedure. *see* L.R. 40.4(c)(1) (requiring that the motion "set forth the points of commonality of the cases in sufficient detail to indicate that the cases are related"). Thus, Local Rule 40.4(a) is satisfied.

**2. Local Rule 40.4(b) is satisfied**

Local Rule 40.4(b) provides that:

> A case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge and each of the following criteria is met: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding.

L.R. 40.4(b).

Here, all four elements of Local Rule 40.4(b) are satisfied. First, the Related Actions are all pending in the Eastern Division of the Northern District of Illinois. Second, the "handling" of the Related Actions by the same judge would avoid duplicative efforts—thereby resulting in a substantial saving of judicial time and effort. The Related Actions are likely to raise similar

questions of law and seek similar relief from the Court in pleadings and for discovery-related matters, and adjudication of those questions by the same judge will provide consistent relief for the overlapping classes in both complaints and result in substantial savings of judicial time and effort. Third, the Related Actions are still in the early stages of litigation. The earliest-filed case—the *Curtis* Action—was filed on July 20, 2026, and Defendant has not yet filed a response. Thus, the requested relief would not "likely [] delay the proceedings in the earlier case substantially[.]" Fourth, the "cases are susceptible of disposition in a single proceeding" because the Related Actions are against the same Defendant, arise from the same course of action, assert overlapping causes of action, allege the same injuries, and propose overlapping classes. Thus, Local Rule 40.4(b) is satisfied.

In sum, Local Rules 40.4(a) and 40.4(b) are both satisfied, and the Court should reassign the Later Actions to the Honorable Sharon Johnson Coleman, who is presiding over the first-filed *Curtis* Action. *See* L.R. 40.4(c).

**B. The Court Should Consolidate the Related Actions**

Under Federal Rule of Civil Procedure 42(a), when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]" Fed. R. Civ. P. 42(a). And a court has the inherent authority to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Seoul Semiconductor Co. v. Ace Hardware Corp.*, No. 23-cv-2690, 2024 U.S. Dist. LEXIS 103607, at *4 (N.D. Ill. June 11, 2024) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Here, consolidation is appropriate because the Related Actions involve common questions of law or fact. As detailed above, the Related Actions implicate common questions including, *inter alia*, whether Defendants had a duty

to use reasonable data security, whether Defendants failed to use reasonable data security, and whether Plaintiffs suffered damages.

Indeed, data breach class actions are acutely appropriate for consolidation. For example, in the data breach case *Shields v. Mondelez Global LLC*, the court reassigned several related cases, consolidated the related cases, and appointed interim co-lead counsel. No. 1:23-cv-03999, ECF No. 20, PageID #:359 (N.D. Ill. July 27, 2023). Similarly, in the data breach case *In re: Arthur J. Gallagher Data Breach Litigation*, the Executive Committee reassigned several related cases and consolidated the related cases (albeit into a new civil action). No. 1:22-cv-00137, ECF No. 1, PageID #:1 (N.D. Ill. Jan. 10, 2022). Therein, the Executive Committee ordered the relation and consolidation of "all other pending and future actions arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District[.]" *Id*. Like both *Mondelez* and *Gallagher*, reassignment and consolidation is appropriate—and the Court should consolidate the Related Actions and all other pending and future actions arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District.

### C. The Court should appoint Interim Co-Lead Class Counsel

Federal Rule of Civil Procedure 23(g)(3) permits a court to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3). Designating lead counsel now ensures the protection of the interests of the class in making and responding to motions, conducting discovery, and negotiating possible settlements. *See* Manual for Complex Litigation ("MCL") § 21.11 (4th ed. 2004) ("[D]esignation of interim counsel clarifies responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement.").

"Under Rule 23(g)(3), '[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action.'" *Moehrl v. Nat'l Ass'n of Realtors*, No. 19-cv-01610, 2020 U.S. Dist. LEXIS 164895, at *7 (N.D. Ill. May 30, 2020). Courts have applied similar considerations as in Rule 23(g)(1)(A) (governing the appointment of class counsel) to the designation of interim class counsel before certification. *See In re Navistar Maxxforce Engines Mktg., Sales Practices & Prods. Liab. Litig.*, No. 14-cv-10318, 2015 U.S. Dist. LEXIS 34662, at *9 (N.D. Ill. Mar. 5, 2015) ("It is generally accepted that the same considerations that govern the appointment of class counsel once a class is certified govern the designation of interim class counsel before certification."). Thus, under Rule 23(g)(2), the Court should consider:

> (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class.

*Moehrl*, 2020 U.S. Dist. LEXIS 164895, at *8. The same factors apply here for the Court's analysis.

As detailed below, the Rule 23(g)(1)(A) factors support the appointment of the proposed Interim Co-Lead Class Counsel. Proposed Interim Class Counsel and their firms have successfully litigated numerous class actions involving privacy claims on behalf of many millions of consumers. They possess the necessary resources to prosecute this litigation, and will continue to work in this litigation to manage it effectively and efficiently. As such, proposed Interim Co-Lead Counsel will "fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(4). In support, the firm resumes of the proposed Interim Co-Lead Counsel are attached hereto as **Exhibits A through C**.

**1. Proposed Interim Class Counsel Have Thoroughly Investigated Claims**

***First***, Rule 23(g)(1)(A)(i) supports appointment because proposed Interim Co-Lead Counsel already dedicated a substantial amount of time to identifying and investigating the viable claims arising from the Data Breach. For example, proposed Interim Co-Lead Counsel already invested time researching the Data Breach, interviewing potential class representatives, investigating the viability of the potential claims, and drafting the complaints.

**2. Proposed Interim Class Counsel Have Extensive Knowledge and Experience in Litigating and Resolving Data Privacy Class Actions in Illinois**

***Second***, Rule 23(g)(1)(A)(ii) supports appointment because proposed Interim Co-Lead Counsel are highly experienced in complex class action litigation—and have litigated the claims asserted (*e.g.*, negligence, breach of implied contract, unjust enrichment) in hundreds of similar cases. Data breach cases present unique and novel issues of fact and law that are evolving. *See, e.g.*, *Gordon v. Chipotle Mexican Grill, Inc.*, Civil Action No. 17-cv-01415-CMA-SKC, 2019 U.S. Dist. LEXIS 215430, at *3 (D. Colo. Dec. 16, 2019) ("Data breach cases . . . are particularly risky, expensive, and complex."); *Fulton-Green v. Accolade, Inc.*, 2019 U.S. Dist. LEXIS 164375, at *21 (E.D. Pa. Sep. 23, 2019) ("This is a complex case in a risky field of litigation because data breach class actions are uncertain and class certification is rare."). Because data breach cases require an understanding of the technical issues of data hacking, data privacy measures, and industry standards, appointing interim class counsel who are experienced in such complex class action litigation, including data breach litigation and related issues, is in the best interest of the Class. *See Outten v. Wilmington Tr. Corp.*, 281 F.R.D. 193, 200 (D. Del. 2012) ("Experience and knowledge of the law is of the utmost importance when determining lead counsel.").

***Third***, Rule 23(g)(1)(A)(iii) supports appointment because proposed Interim Co-Lead Counsel have substantial knowledge of the applicable law. Indeed, proposed Interim Co-Lead

Counsel are currently litigating over one-hundred data breach class actions in state and federal courts across the country. In doing so, proposed Interim Co-Lead Counsel have developed an expertise in data breach litigation.

Also important is proposed Interim Co-Lead Counsels' significant experience with Illinois law and in Illinois courts, both state and federal. Mr. Klinger and Mr. Hagman (and their respective firms) are located in Chicago, Illinois, with Mr. Vahle and his firm being located in Kansas City, Missouri, with experience in this Court. Individually and collectively, proposed Interim Co-Lead Counsel have successfully litigated dozens of data breach class actions in state and federal courts in Illinois, including in this District. Indeed, just recently a judge in this District appointed Mr. Klinger and Mr. Hagman as interim co-lead class counsel in an action arising out of a data breach, and they successfully defeated a motion to dismiss and compel arbitration. *See Wagner, et al. v. Andy Frain Services, Inc.*, No. 25-cv-5252, Dkt. No. 30 (N.D. Ill. Dec. 18, 2025) (appointing Mr. Klinger and Mr. Hagman as co-lead class counsel) (Bucklo, J.); *id.* Dkt. No. 47 (N.D. Ill. July 2, 2026) (denying the motion to dismiss and motion to compel arbitration) (Bucklo, J.).

As demonstrated below, Mr. Klinger, Mr. Hagman, and Mr. Vahle are highly qualified to lead this consolidated litigation on behalf of Plaintiffs and the putative class. *See In re Terazosin Hydrochloride Antitrust Litig.*, 220 F.R.D. 672, 702 (S.D. Fla. 2004) (stating that the "most persuasive" factors in choosing lead counsel may be proposed counsel's "experience in, and knowledge of, the applicable law in this field"). The qualifications and experience of Proposed Interim Class Counsel are summarized below and supplemented by their firm resumes.

**Gary M. Klinger**
**<u>Milberg PLLC</u>**

Mr. Klinger is a Senior Partner at Milberg and Chair of its Cybersecurity and Data Privacy Practice Group. Located in Chicago, Illinois, Mr. Klinger is recognized as one of the most

respected data privacy attorneys in the United States, having been ranked by Chambers and Partners as Band 3 for Privacy & Data Security Litigation (2024)[1] and having been selected to Lawdragon's 500 Leading Litigators in America for his accomplishments in privacy litigation (2024).[2] Law360 recently highlighted Mr. Klinger's work in the privacy space.[3]

He has extensive experience serving as leadership in numerous privacy class actions, including as lead or co-lead counsel in the largest data breaches in the country. *See, e.g.*, *In re: MoveIt Customer Data Security Breach Litigation*, 1:23-md-03083 (D. Mass.) (where Mr. Klinger was appointed to the leadership committee in multi-district litigation involving a data breach that impacted more than 95 million consumers); *Isaiah v. LoanDepot, Inc.*, 8:24-cv-00136-DOC-JCE (C.D. Cal) (where Mr. Klinger was appointed co-lead counsel in a data breach that impacted 17 million consumers). Mr. Klinger and his firm have played an important role in developing the favorable case law that many plaintiffs rely on in the data breach space. *See, e.g.*, *Webb v. Injured Workers Pharmacy, LLC*, 72 F.4th 365 (1st Cir. 2023) (Milberg attorneys obtained a decision from the First Circuit reversing the dismissal with prejudice of a data breach case and finding Article III standing); *In re Arthur J. Gallagher Data Breach Litig.*, 631 F. Supp. 3d 573, 586 (N.D. Ill. 2022) (Milberg attorneys largely defeated a motion to dismiss in a data breach case involving 3 million consumers); *Flores v. Aon Corp.*, 2023 IL App. (1st) (230140) (where Mr. Klinger obtained reversal of a dismissal with prejudice in a data breach class action); *In re Blackbaud, Inc., Customer Data Breach Litig.*, No. 3:20-MN-02972-JMC, 2021 U.S. Dist. LEXIS 123355 (D.S.C.

---

[1] Only three plaintiffs' lawyers in the country received the distinction of being ranked by Chambers and Partners for Privacy & Data Security Litigation.
[2] *See* https://chambers.com/lawyer/gary-klinger-usa-5:26875006; https://www.lawdragon.com/guides/2023-09-08-the-2024-lawdragon-500-leading-litigators-in-america.
[3] https://www.law360.com/articles/1854005/rising-star-milberg-s-gary-klinger.

July 1, 2021) (Milberg attorneys defeated a standing challenge in a 10 million person data breach case).

Over the past 3 years, Mr. Klinger has settled on a classwide basis more than 100 class actions involving privacy violations, the majority of which are data breaches, in state and federal courts across the country as lead or co-lead counsel. To his knowledge, no other attorney in the country has settled and won court approval of more data breach class actions during this period. Representative cases include: *Parris, et al., v. Meta Platforms, Inc.*, No.2023LA000672 (18th Cir. DuPage Cnty., Ill.) (where Mr. Klinger serves as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action); *Boone v. Snap, Inc.*, No. 2022LA000708 (18th Cir. DuPage Cnty., Ill.) (where Mr. Klinger served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action); *In re: East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio) (where Mr. Klinger serves on the leadership team that obtained a settlement of $600 million in a complex class action).[4]

Mr. Klinger also has the full weight of his law firm behind him. Since its founding in 1965, Milberg has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and recovered over $50 billion in verdicts and settlements. Milberg has been instrumental in obtaining precedent setting decisions at every level, including at the United States Supreme Court.[5] The firm pioneered federal class action

[4] Mr. Klinger has also successfully litigated privacy class actions through class certification. *See, e.g.*, *Sewall v. Home Partners Holdings LLC*, No. A23-1662, Minn. App. LEXIS 2 (Ct. App. Jan. 2, 2024) (denying interlocutory review to an order granting class certification to a class of lessees in a landlord-tenant dispute); *Karpilovsky v. All Web Leads, Inc.*, No. 17 C 1307, 2018 U.S. Dist. LEXIS 105259 (N.D. Ill. 2018) (where Mr. Klinger certified, over objection, a nationwide privacy class action involving more than one million class members; the case ultimately settled for $6.5 million).

[5] *See* https://milberg.com/precedent-setting-decisions/page/3/.

litigation and is widely recognized as a leader in defending the rights of victims of large-scale wrongdoing.

Milberg is one of the largest plaintiffs' class action firms in the United States (and abroad). The firm currently is involved in some of the largest and well-known class action cases in the country and is particularly active in the field of data breach and privacy litigation. The firm is comprised of more than one hundred twenty attorneys who work from offices across the United States and in Portugal, the United Kingdom, the Netherlands, and Germany. Milberg attorneys come from diverse backgrounds and reflect the diversity of the bar and the classes they seek to represent—from the standpoint of age, gender, experience, and geographic location.[6]

Gary M. Klinger's experience and knowledge are further demonstrated in the Milberg, PLLC firm resume, attached hereto as **Exhibit A**.

**Nickolas J. Hagman**
**<u>Cafferty Clobes Meriwether & Sprengel LLP</u>**

Nickolas J. Hagman is a partner with Cafferty Clobes Meriwether & Sprengel, LLP ("Cafferty Clobes"), a national class action firm that regularly serves as court-appointed lead in a broad range of class action and MDL matters nationwide. Mr. Hagman's practice is concentrated on consumer fraud and data privacy matters, and he leads Cafferty Clobes' data breach practice. Through his efforts leading large and complex class actions, Mr. Hagman has secured scores of successful results and recoveries for millions of data breach and privacy victims across the country.

Mr. Hagman and Cafferty Clobes have been appointed and actively serve as lead counsel

---

[6] *See* Bolch Judicial Institute, Duke Law School, *Guidelines and Best Practices for Large and Mass-Tort MDLs* at 38, 45–46 (2d ed. 2018), https://judicialstudies.duke.edu/wp-content/uploads/2018/09/MDL-2nd-Edition-2018-For-Posting.pdf ("The judge's primary responsibility in the selection process is to ensure that the lawyers appointed to leadership positions are capable and experienced and that they will responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds.").

in many major consumer class action matters, including data breach actions, such as:

- *Douglas, et al. v. PurFoods, LLC*, No. 4:23-cv-00332-RGE (S.D. Iowa Dec. 2, 2025) (granting final approval of $4,250,000 settlement in data breach case, with Mr. Hagman as co-lead counsel);

- *Rentschler, et al. v. Atlantic General Hospital Corp.*, No. 23-cv-1005 (D. Md. Sept. 5, 2024) (appointing Cafferty Clobes co-lead counsel in data breach case and granting final approval of $2.25 million class settlement);

- *Jordan v. Absolute Dental Group, LLC*, No. 2:25-cv-0986-JAD-DJA, Dkt. 92 (D. Nev. Mar. 6, 2026) (appointing Mr. Hagman co-lead counsel and approving the proposed settlement on behalf of 1.2 million class members);

- *Hood, et al. v. Educational Computer Systems, Inc*., No. 24-cv-00666-CCW (W.D. Pa.) (appointing Mr. Hagman co-lead counsel in data breach case on behalf of more than 2.5 million class members. Plaintiffs' motion for preliminary approval of the proposed $6,500,000 settlement currently pending);

- *In re Hospital Sisters Health System Data Breach Litig.*, No. 2024CH00043 (Cir. Ct. Sangamon Cnty., Ill. Dec. 10, 2025) (appointing Mr. Hagman as co-lead counsel in data breach case and granting final approval of $7,600,000 class settlement);

- *Tormaschy, et al. v. Panorama Eye Care, LLC*, No. 2024CV30509 (Dist. Ct. Larimer Cnty. Colo. Apr. 2, 2025) (granting final approval of $4,700,000 proposed class settlement in data breach case, with Mr. Hagman serving as co-lead counsel).

Cafferty Clobes is a national leader in managing and litigating complex class actions on behalf of a wide variety of consumers and has recovered billions of dollars for consumers since its founding nearly 35 years ago. *See* https://www.caffertyclobes.com. During the last few years alone, Mr. Hagman and Cafferty Clobes have led and settled multiple consumer class actions that provided consumers with substantial relief. *See, e.g.*, *Barrett v. Apple Inc.*, No. 20-cv-04812-EJD, ECF No. 291 (N.D. Cal. Dec. 19, 2024) (appointing Mr. Hagman as co-lead counsel and granting final approval to a $35 million class settlement on behalf of victims of gift card scams); *Nielsen v. Walt Disney Parks and Resorts, Inc.*, No. 21-cv-02055, ECF No. 102 (C.D. Cal. Mar. 4, 2023) (appointing Cafferty Clobes co-lead counsel and granting final approval of $9.5 million class action settlement on behalf of individuals who purchased certain annual passes for Disney's

California theme parks); *Pattison, et al. v. Teladoc Health, Inc.*, No. 7:23-cv-11305-NSR, Dkt. 24 (S.D.N.Y. May 22, 2024) (appointing Cafferty Clobes co-lead counsel in privacy case brought on behalf of millions of individuals who used defendant's website).

Cafferty Clobes attorneys have also repeatedly been appointed to lead other complex multidistrict litigation, including: *In re: Consumer Vehicle Driving Data Tracking Collection*, No. 1:24-MC3115-TWT, ECF 63 (N.D. Ga. Aug. 19, 2024) (appointing Cafferty Clobes as co-lead counsel along with Stueve Siegel in multidistrict consumer privacy litigation); *In re Realpage, Inc. Rental Software Antitrust Litig.*, No. 3:23-md-03071 (M.D. Tenn.) (Cafferty Clobes appointed to the plaintiffs' steering committee, which has obtained partial settlements totaling nearly $200 million); *In re: Cattle and Beef Antitrust Litig.*, No. 22-md-04699 (D. Minn.) (Cafferty Clobes appointed as co-lead counsel on behalf of cattle sellers, obtaining settlements against certain defendants totaling more than $85 million); *In re Insurance Brokerage Antitrust Litig*., 297 F.R.D. 136, 153 (D.N.J 2013) (Cafferty Clobes served as Co-Lead Counsel and obtained final approval of five separate settlements that, in total, exceeded $270 million).

Federal judges have recognized Mr. Hagman's commitment to pursuing relief on behalf of class members. In *In re: Kannact, Inc. Data Security Incident*, No. 6:23-cv-01132-AA (D. Or. Jan. 22, 2025), Judge Ann L. Aiken noted that "plaintiffs were aggressive and vigorous in collecting information and pursuing discovery . . . . I really want to applaud your [work] and the effort that you put in to get this resolved and I thank you very much for the work you did in this case." *Id.* Beyond litigating, Mr. Hagman authored the 2024 edition of the Illinois Institute of Continuing Legal Education (IICLE) Class Action Handbook chapter *Settlement Procedures, Negotiations, and Agreements Under State and Federal Rules*, and twice served on the board of the Chicago Bar Association Class Action Committee, including as the Vice Chair.

Nickolas J. Hagman's experience and knowledge are further demonstrated in the Cafferty Clobes Meriwether & Sprengel LLP firm resume, attached hereto as **Exhibit B**.

**Barrett J. Vahle**
**Stueve Siegel Hanson LLP**

Mr. Vahle is a partner at Stueve Siegel Hanson LLP, a 30-lawyer firm based in Kansas City, Missouri that represents plaintiffs of all types in litigation nationwide. He is a 2004 graduate of the University of Missouri – Columbia, where he was Editor-in-Chief of the Missouri Law. Mr. Vahle served as a law clerk to the Hon. Duane Benton of the United States Court of Appeals for the Eighth Circuit, and then the Hon. Dean Whipple of the United States District Court for the Western District of Missouri, before beginning his practice defending class actions and white-collar criminal matters at an international firm.

Stueve Siegel has unsurpassed experience in class data breach litigation, including the largest data breaches litigated to date. *See* **Exhibit C**. Mr. Vahle has devoted more than a decade of his practice to representing victims of data breaches and other privacy violations. He played a key role in litigating and ultimately settling the *Equifax* and *Capital One* data breach MDLs with his partner Norman E. Siegel, who was appointed co-lead counsel in those matters. *See In re: Equifax, Inc., Customer Data Sec. Breach Litig.*, No. 1:17-md-02800-TWT (N.D. Ga.) (Hon. Thomas W. Thrash, Jr.) ($1.5 billion settlement (including $505 million in available cash)); *In re: Capital One Consumer Data Sec. Breach Litig.*, No. 1:19-md-2915 (E.D. Va.) (Hon. Anthony J. Trenga) ($190 million settlement). In *Equifax*, he was the primary drafter of the consolidated complaint and the successful opposition to Equifax's motion to dismiss. In *Capital One*, he led the firm's offensive discovery efforts, taking more than 50 depositions along with co-counsel; developed and defended damages expert opinions that had never been presented in a prior data breach case; and argued extensive *Daubert* motions at the class certification stage.

More recently Mr. Vahle helped secure the $350 million settlement in *In re T-Mobile Customer Data Sec. Breach Litig.*, No. 4:21-md-03019-BCW (W.D. Mo.) (Hon. Brian C. Wimes), where his partner Norman E. Siegel was appointed co-lead counsel. *T-Mobile*, *Equifax*, and *Capital One* are the three largest data breach settlements to date. Mr. Vahle's present work is largely focused on seeking recourse for victims of data breaches in the healthcare sector, experience that will be particularly valuable here. *See, e.g.*, *In Re: Cerner/Oracle Health Data Breach Litig.*, No. 25-00259-CV-W-BP (W.D. Mo.) (Hon. Beth Phillips); *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, No. 24-md-3108 (DWF/DJF) (D. Minn.) (Hon. Donovan W. Frank); and *Negron v. Ascension Health*, No. 4:24-cv-669-JAR (E.D. Mo.) (Hon. John A. Ross).

Mr. Vahle also currently serves as co-lead counsel for the plaintiffs in *Safe Harbor Int'l, LLC v. Booz Allen Hamilton Inc.*, the class case against the IRS and its contractor arising from the 2019-2020 theft of federal tax returns and return information and subsequent disclosure to media outlets. No. 8:25-cv-139-LKG (D. Md.) (Hon. Lydia Kay Griggsby). There, the court recently denied all defendants' motions to dismiss and discovery is ongoing. *See* 2026 WL 900051 (D. Md. Apr. 2, 2026). Mr. Vahle's experience leading data breach class actions began in 2014, serving as co-lead counsel for the consumer plaintiffs in *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig*., No. 1:14-md-02583 (N.D. Ga.), where along with co-counsel, Mr. Vahle led all aspects of the case, argued the motion to dismiss, and shepherded the class settlement, on behalf of 56 million consumers, through approval and administration. In the privacy realm, Mr. Vahle recently successfully led class litigation and settlement of consumer claims involving Meta's collection of location data from Facebook users. *Lundy v. Meta Platforms, Inc.*, No. 3:18-cv-6793-JD (N.D. Cal.) (Hon. James Donato). In recognition of this success, Stueve Siegel Hanson has

twice been named Law360's "Cybersecurity & Privacy Group of the Year" within the past six years.

All this experience makes Mr. Vahle intimately familiar with the legal and factual issues that are likely to be at the forefront of this litigation. Mr. Vahle is personally committed to dedicating as much time as needed to effectively and zealously represent the class and discharge the duties of appointed counsel in this MDL. Mr. Vahle and Stueve Siegel have a proven history of working cooperatively across the aisle with most of the largest defense firms in the country. Stueve Siegel has the economic resources to fund this case, has never used or sought litigation finance to fund any case, and will not use outside funding here.

### 3. Proposed Interim Class Counsel Will Commit Resources for the Benefit of the Class

***Fourth***, Rule 23(g)(1)(A)(iv) supports appointment because proposed Interim Co-Lead Counsel have substantial resources that counsel will commit to representing the class. Specifically, Milberg, PLLC, Cafferty Clobes Meriwether & Sprengel LLP, and Stueve Siegel Hanson LLP are well-regarded law firms with national class action practices—and have a demonstrated history of successfully litigating complex class actions on a wholly contingent basis. In other words, proposed Interim Co-Lead Counsel have the necessary resources—both in terms of personnel and financial reserves—to litigate the Related Actions on a wholly contingent basis for the duration of the litigation.

## III. CONCLUSION

For the reasons described herein, Plaintiffs respectfully request that the Court (1) reassign the Related Actions into the earliest filed *Curtis* Action; (2) consolidate for all purposes the Related Actions including any subsequently filed or transferred related actions (3) appoint the proposed Interim Co-Lead Class Counsel; and (4) stay the Related Actions, including the responsive

pleading deadlines, and require the filing of a consolidated class action complaint within thirty (30) days of entry of an order granting the relief requested herein.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman (IL Bar No. 6317689)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Fax: (312) 782-4485
nhagman@caffertyclobes.com

Gary M. Klinger (IL Bar No. 6303726)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T : (866) 252-0878
gklinger@milberg.com

Barrett J. Vahle
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
T: (816) 714-7100
vahle@stuevesiegel.com

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Tyler Litke
**LEVI & KORSINSKY, LLP**
Email: Tlitke@zlk.com
33 Whitehall St., Fl. 27
New York, NY 10004
Telephone: (646)290-7178

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Nickolas J. Hagman*

Nickolas J. Hagman (IL Bar No. 6317689)
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Fax: (312) 782-4485
nhagman@caffertyclobes.com

# EXHIBIT A

MILBERG.

Milberg PLLC (“Milberg”) is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims’ rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs’ bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

*Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Florida, Georgia, Illinois, New Jersey, New York, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg’s commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands.

Milberg prides itself on providing excellent service worldwide.

The firm’s lawyers have been regularly recognized as leaders in the plaintiffs’ bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

*“A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers.”*
– THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## CYBERSECURITY & DATA PRIVACY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients – both large and small – to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of experienced appellate advocates and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation
In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation
In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation
In re: Blackbaud Inc., Customer Data Breach Litigation
In re: Paragard IUD Products Liability Litigation
In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation
In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation
In re: Allergan Biocell Textured Breast Implant Products Liability Litigation
In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation
In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation
In re: Ortho Evra Products Liability Litigation
In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation
In re: Kugel Mesh Hernia Patch Products Liability Litigation
In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation
In re: Stand 'N Seal Products Liability Litigation
In re: Chantix (Varenicline) Products Liability Litigation
In re: Fosamax (alendronate Sodium) Products Liability Litigation
In re: Benicar (Olmesartan) Products Liability Litigation
In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation
In re: Risperdal and Invega Product Liability Cases
In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation
In re: Incretin-based Therapies Product Liability Litigation
In re: Reglan/Metoclopromide
In re: Levaquin Products Liability Litigation
In re: Zimmer Nexgen Knee Implant Products Liability Litigation
In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation
In re: Propecia (Finasteride) Products Liability Litigation
In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)
In re: Fluoroquinolone Product Liability Litigation
In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation
In re: Recalled Abbott Infant Formula Products Liability Litigation
Home Depot, U.S.A., Inc. v. Jackson
Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

## $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

## $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

## $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

## $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

## $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

## $1 Billion Settlement

W.R. Grace & Co.

## $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

## $775 Million Settlement

Washington Public Power Supply System Securities Litigation

## $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# LOCATIONS

PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

FLORIDA
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131

ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

NEW YORK
100 Garden City Plaza, Suite 408
Garden City, New York 11530

TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

NETHERLANDS

UNITED KINGDOM

**Gary M. Klinger** is a Senior Partner at Milberg and Chair of its Cybersecurity and Data Privacy Practice Group. Mr. Klinger is recognized as one of the most respected data privacy attorneys in the United States, having been ranked by Chambers and Partners as Band 3 for Privacy & Data Security Litigation (2024)[1] and having been selected to Lawdragon's 500 Leading Litigators in America for his accomplishments in privacy litigation (2024).[2] He has extensive experience serving as leadership in numerous privacy class actions, including as lead or co-lead counsel in the largest data breaches in the country.[3] Mr. Klinger and his firm have played an important role in developing the favorable case law that many plaintiffs rely on in the data privacy space.[4]

Mr. Klinger has settled on a classwide basis more than one hundred and fifty (150) class actions involving privacy violations, the majority of which are data breaches, in state and federal courts across the country as lead or co-lead counsel. To his knowledge, no other attorney in the country has settled and won court approval of more data breach class actions during this period. Some of Mr. Klinger's representative cases include the following:

- Parris, et al., v. Meta Platforms, Inc., Case No.2023LA000672 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger serves as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action);
- Boone v. Snap, Inc., Case No. 2022LA000708 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action);

---

[1] In 2024, only three plaintiffs' lawyers in the country received the distinction of being ranked by Chambers and Partners for Privacy & Data Security Litigation.

[2] *See* https://chambers.com/lawyer/gary-klinger-usa-5:26875006; https://www.lawdragon.com/guides/2023-09-08-the-2024-lawdragon-500-leading-litigators-in-america.

[3] See, e.g., *Isiah v. LoanDepot, Inc.*, 8:24-cv-00136-DOC-JDE (C.D. Cal.) (where Mr. Klinger is co-lead counsel in a data breach involving more than 17 million consumers); In re MoveIt Customer Data Security Breach Litigation, 1:23-md-03083 (D. Mass.) (where Mr. Klinger was appointed to the leadership committee in multi-district litigation involving a data breach that impacted more than 95 million consumers).

[4] *See e.g., Webb v. Injured Workers Pharmacy, LLC*, 72 F.4th 365 (1st Cir. 2023) (Milberg attorneys obtained a decision from the First Circuit reversing the dismissal with prejudice of a data breach case and finding Article III standing); *In re Arthur J. Gallagher Data Breach Litig.*, 631 F. Supp. 3d 573, 586 (N.D. Ill. 2022) (Milberg attorneys largely defeated a motion to dismiss in a data breach case involving 3 million consumers); *In re Blackbaud, Inc., Customer Data Breach Litig.*, No. 3:20-MN-02972-JMC, 2021 WL 2718439, at *1 (D.S.C. July 1, 2021) (Milberg attorneys defeated a standing challenge in a 10 million person data breach case).

- In re: East Palestine Train Derailment, No. 23-cv-00242 (N.D. Ohio) (where Mr. Klinger serves on the leadership team that obtained a settlement of $600 million in a complex class action)
- Carrera Aguallo v. Kemper Corp., Case No. 1:21-cv-01883 (N.D. Ill. Oct. 27, 2021) (where Mr. Klinger obtained final approval of a class-wide settlement valued at $17.6 million for a major class action involving more than six million consumers);
- Heath v. Insurance Technologies Corp., No. 21-cv-01444 (N.D. Tex.) (where Mr. Klinger obtained approval of a class-wide settlement for $11 million);
- In Re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation, 2:22-md-03025-MHW-CMV (N.D. Ohio) (where Mr. Klinger served lead counsel in multi-district litigation against Procter & Gamble and successfully reached a settlement valued over $20 million).

Mr. Klinger has also successfully litigated class actions through contested class certification. In *Karpilovsky v. All Web Leads, Inc.*, No. 17 C 1307, 2018 WL 3108884, at *1 (N.D. Ill. June 25, 2018), Mr. Klinger certified, over objection, a nationwide privacy class action involving more than one million class members. *Id.* At the time, it was the largest litigation class ever to be certified for violations of the Telephone Consumer Protection Act. In a nationwide class settlement hearing in the U.S. District Court for the Northern District of California, Judge Richard Seeborg personally commended Mr. Klinger for "quite a substantial recovery for class members." Judge Seeborg further stated he could not recall any class action case where "the amounts going to each class member were as substantial" as that obtained by Mr. Klinger (and his co-counsel).

Mr. Klinger is admitted to practice in the State of Illinois and the following federal courts: The U.S. District Court of Colorado, The U.S. District Court of Central District of Illinois, The U.S. District Court of Northern District of Illinois, The U.S. District Court of Southern District of Illinois, The U.S. District Court of Southern District of Indiana, The U.S. District Court of Eastern District of Michigan, The U.S. District Court of District of Nebraska, The U.S. District Court of Eastern District of Texas, and The U.S. District Court of Eastern District of Wisconsin.

Mr. Klinger received his undergraduate degree and juris doctorate (*cum laude*) from the University of Illinois.

Mr. Klinger is also a Certified Information Privacy Professional (CIPP/US) and a member of the International Association of Privacy Professionals.

# EXHIBIT B

# Cafferty Clobes Meriwether & Sprengel LLP



*Successful Solutions for Complex Litigation*

# Firm Overview

Cafferty Clobes Meriwether & Sprengel LLP combines the talents of attorneys with a wide range of experience in complex civil litigation. The skill and experience of CCMS attorneys has been recognized on repeated occasions by courts that have appointed these attorneys to major positions in complex multidistrict or consolidated litigation. As the representative sampling of cases listed below demonstrates, these attorneys have taken a leading role in numerous important actions on behalf of investors, employees, consumers, businesses and others. In addition, CCMS attorneys are currently involved in a number of pending class actions, as described on the Firm's web page.

# Data Privacy Class Actions

- ***Hough v. Navistar, Inc.,* No. 21L1161 (Circ. Ct. DuPage Cnty., IL)**
  CCMS served as co-lead counsel in action arising out of a data breach of Navistar's computer systems that resulted in a settlement that provided $1.25 million to affected current and former employees, as well as significant non-monetary compensation.

- ***Rentschler et al. v. Atlantic General Hospital* (D. Md.)**
  CCMS appointed co-lead in class action rising out of a data breach at the Atlantic General Hospital which compromised private information belonging to 136,981 individuals. CCMS and co-lead counsel successfully negotiated a settlement that provided $2.25 million in monetary compensation for damages, identity theft protection services, and defendant's promise to implement cybersecurity changes.

- ***In re Kannact, Inc. Data Security Incident* (D. Or.)**
  CCMS appointed co-lead in class action arising out of a data breach incident at Kannact, Inc. which compromised private information belonging to 109,210 individuals. CCMS and co-lead successfully negotiated a $700,000 settlement that provided monetary compensation to victims, identity theft protection services, and guarantees of cybersecurity changes at Kannact.

- ***Mikulecky et al. v. Lutheran Social Services*** **(Cir. Ct. Cook Cty., IL)**
  CCMS worked as plaintiffs' counsel in class action arising from a data breach at Lutheran Social Services of Illinois, involving 184,183 victims, that was resolved through a $1.35 million settlement that provided monetary compensation to victims.

- ***Cornell v. Michigan Avenue Immediate Care*** **(N.D. Ill.)**
  CCMS served as plaintiffs' counsel in class action arising out of a data breach incident at Michigan Avenue Immediate Care, which involved 144,104 victims, and successfully negotiated a settlement that provided $850,000 in compensation to the victims.

- ***Sherma et al. v. Accutech Systems Corp.*** **(Cir. Ct. Delaware Cty., IN)**
  CCMS appointed co-lead counsel in class action arising out of a data breach incident at Accutech in which the private information of 106,078 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which Accutech agreed to compensate victims for up to $5,000 in losses resulting from the data breach and provide credit monitoring and identity theft services alongside implementing more robust cybersecurity measures.

- ***Woods et al. v. Albany ENT & Allergy Servs.*** **(Sup. Ct. Albany Cty, N.Y.)**
  CCMS appointed co-lead counsel in action arising out of breach of Albany ENT's computer systems in which the private information of 224,486 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which Albany ENT agreed to compensate victims for up to $7,500 in losses resulting from the data breach and provide credit monitoring and identity theft services alongside instituting more stringent cybersecurity measures.

- ***In re California Pizza Kitchen Data Breach*** **(C.D. Cal.)**
  CCMS appointed co-lead counsel in action arising out of cybersecurity incident at the California Pizza Kitchen in which the private information of 103,767 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which California Pizza Kitchen agreed to compensate victims for up to $5,000 in losses resulting from the data breach and provide credit monitoring and identity theft services as well as implementing major improvements to its cybersecurity measures.

- ***Smith et al v. Hawaii Federal Credit Union* (1st Cir. Ct., HI)**
  CCMS appointed co-lead counsel in action arising out of cybersecurity incident at the Hawaii Federal Credit Union in which the private information of 21,411 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which the Hawaii Federal Credit Union agreed to compensate victims for up to $4,000 in losses resulting from the data breach and provide credit monitoring and identity theft services.

- ***Spencer et al v. Aloha Nursing Rehab Centre* (1st Cir. Ct., HI)**
  CCMS appointed co-lead counsel in action arising out of cybersecurity incident at the Aloha Nursing Rehab Center in which the private information of 20,599 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which Defendant agreed to compensate victims for up to $2,000 in losses resulting from the data breach and provide credit monitoring and identity theft services.

- ***Gates v. Western Washington Medical Group* (Dist. Ct. Snohomish Cty., WA)**
  CCMS appointed co-lead in class action arising out of data breach at the Western Washington Medical Group.

- ***Wilkins et al v. Mulkay Cardiology Consults.* (Sup. Ct. Bergen Cty., NJ)**
  CCMS appointed co-lead in class action arising out of data breach at Mulkay Cardiology Consultants.

- ***In Re Francesca's Acquisition LLC Data Security Breach Litigation* (S.D. Tex.)**
  CCMS appointed co-lead in class action arising out of data breach incident at Francesca's Acquisition LLC.

- ***Martemucci et al v. Peachtree Orthopaedic Clinic* (Sup. Ct. Forsyth Cty., GA)**
  CCMS appointed co-lead in class action arising out of data breach incident at the Peachtree Orthopaedic Clinic.

- ***In re MoveIt Customer Data Security Breach Litigation* (MDL 3083) (D. Mass.)**
  CCMS representing plaintiffs in the *MoveIt* MDL, which has been described as the largest data breach in history.

- ***Israel v. Medical Management Resource Group*** **(D. Ariz.)**
  CCMS representing plaintiff in class action arising from data breach incident at the Medical Management Resource Group.

- ***Bracy et al v. Americold Logistics, LLC*** **(D. Georgia)**
  CCMS representing plaintiff in class action arising from data breach incident at Americold Logistics, LLC.

- ***Clauson et al v. Arrowhead Regional Computing Consortium*** **(D. Minn.)**
  CCMS representing plaintiff in class action arising from data breach incident at the Arrowhead Regional Computing Consortium.

- ***Quaife et al v. Brady, Martz, & Associates, P.C.*** **(D. N.D.)**
  CCMS representing plaintiff in class action arising from data breach incident at Brady, Martz, and Associates.

- ***Stroup et al v. Cardiovascular Consultants*** **(Sup. Ct. Maricopa Cty., AZ)**
  CCMS representing plaintiffs in class action arising from data breach incident at the Cardiovascular Consultants.

- ***Cahill et al v. Memorial Heart Institute, LLC*** **(E.D. Tenn.)**
  CCMS representing plaintiff in class action arising from data breach incident at the Memorial Heart Institute.

- ***In re: Clarke County Hospital*** **(Dist. Ct. Clarke Cty., IA)**
  CCMS representing plaintiffs in class action arising from data breach incident at the Clarke County Hospital.

- ***Francis v. Continuum Health Alliance*** **(D. N.J.)**
  CCMS representing plaintiff in class action arising from data breach incident at Continuum Health Alliance.

- ***Cortrecht v. DePauw University*** **(Cir. Ct. Putnam Cty., IN)**
  CCMS representing plaintiffs in class action arising from data breach incident at DePauw University.

- ***Rogers et al v. Des Moines Orthopaedic Surgeons*** **(Dist. Ct. Dallas City., IA)**
  CCMS representing plaintiff in class action arising from data breach incident at the Des Moines Orthopaedic Surgeons.

- ***Powers et al. Eastern Radiologists, Inc.*** **(E.D.N.C.)**
  CCMS representing plaintiff in class action arising from data breach incident at Eastern Radiologists.

- ***In re Emmanuel College Data Security Incident*** **(D. Mass.)**
  CCMS representing plaintiff in class action arising from data breach incident at Emmanuel College.

- ***Martinez v. Earnest Health, Inc.*** **(N.D. Tex.)**
  CCMS representing plaintiff in class action arising from data breach incident at Earnest Health.

- ***Jenich et al v. Group Health Cooperative of South Central Wisconsin*** **(W.D. Wis.)**
  CCMS representing plaintiffs in class action arising from data breach incident at the Group Health Cooperative of South Central Wisconsin.

- ***Hood v. Educational Computer Systems, Inc.*** **(W.D. Penn.)**
  CCMS representing plaintiff in class action arising from data breach incident at the Educational Computer Systems, Inc.

- ***Matney v. Kansas Joint & Spine Specialists*** **(D. Kan.)**
  CCMS representing plaintiff in class action arising from data breach incident at Kansas Joint & Spine Specialists.

- ***In re Keenan & Associates Data Breach*** **(C.D. Cal.)**
  CCMS representing plaintiff in class action arising from data breach incident at Keenan & Associates.

- ***Unsworth v. Lewis and Clark College*** **(D. Or.)**
  CCMS representing plaintiff in class action arising from data breach incident at Lewis & Clark College.

- ***In re McPherson Hospital Data Security Litigation*** **(Dist. Ct. McPherson Cty., KS)**
  CCMS representing plaintiffs in class action arising from data breach incident at the McPherson Hospital.

- ***In re Purfoods, Inc. Data Security Litigation* (S.D. Iowa)**
  CCMS representing plaintiffs in class action arising from data breach incident at Purfoods/Mom's Meals.

- ***In re Morrison Community Hospital Data Breach* (Cir. Ct. Whiteside Cty., IL)**
  CCMS representing plaintiffs in class action arising from data breach incident at the Morrison Community Hospital.

- ***In re Mount Desert Island Hospital Data Security Incident Litigation* (Cumberland Cty. Sta. Ct., ME)**
  CCMS representing plaintiff in class action arising from data breach incident at the Mount Desert Island Hospital.

- ***Oche v. National Math and Science Initiative* (Sup. Ct. Kings Cty., NY)**
  CCMS representing plaintiff in class action arising from data breach incident at the National Math and Science Center.

- ***Corbett v. Northeast Orthopedics and Sports Medicine* (Sup. Ct. Rockland Cty., NY)**
  CCMS representing plaintiffs in class action arising from data breach incident at Northeast Orthopedics and Sports Medicine.

- ***Salerno v. OrthoConnecticut* (Sup. Ct. Fairfield Dist., CT)**
  CCMS representing plaintiff in class action arising from data breach incident at OrthoConnecticut.

- ***Fields v. Otolaryngology Associates* (Cir. Ct. Hamilton Cty., IN)**
  CCMS representing plaintiff in class action arising from data breach incident at Otolaryngology Associates.

- ***Hardy v. Pacific Guardian Life Insurance Co.* (D. Haw.)**
  CCMS representing plaintiff in class action arising from data breach incident at the Pacific Guardian Life Insurance Company.

- ***Henderson et al v. Reventics et al* (D. Colo.)**
  CCMS representing plaintiff in class action arising from data breach incident at Reventics.

# Antitrust Class Actions and Commodities Litigation

- ***In re Cattle Antitrust Litig.,*** **No. 19-cv-01222 (D. Minn.)**
  CCMS is serving as Co-Lead counsel on behalf of a proposed class of cattle ranchers and industry trade groups alleging that some of the country's largest meatpacking companies, including Tyson, Cargill, JBS, and National Beef, have colluded to suppress the prices paid for cattle used in beef production. As discussed in a recent National Law Journal article, a successful outcome in this matter would ensure that cattle ranchers are paid what they deserve for their labor in raising live-fed cattle and bringing them to market. CCMS and its co-counsel recent settled the class's claims against the JBS defendants for $83.5 million and meaningful cooperation in plaintiffs' ongoing litigation against the remaining defendants—Cargill, National Beef and Tyson.

- ***In re Deutsche Bank Spoofing Litig.,*** **No. 20-cv-03638 (N.D. Ill.).**
  CCMS serves on the executive committee in this case involving alleged manipulation through spoofing of Treasury and Eurodollar Futures.

- ***In re Libor-Based Financial Instruments,*** **No. 11-md-2262 (S.D.N.Y)**
  CCMS served as class counsel for exchange trader plaintiffs in claims involving manipulation in violation of the Commodity Exchange Act against many of the world's largest financial institutions.

- ***Hershey/Kohen v. Pacific Investment Management Co. LLC,*** **No. 05 C 4681 (N.D. Ill.)**
  As liaison and class counsel in action arising from PIMCO's manipulation of 10-year treasury notes futures traded on the Chicago Board of Trade, CCMS helped secure a $118 million settlement for the class.

- ***In re Crude Oil Commodity Futures Litig.,*** **No. 11-cv-03600 (S.D.N.Y.)**
  As class counsel in action arising from manipulation of NYMEX West Texas Intermediate grade crude oil futures contracts, CCMS expended significant resources assisting the class with investigation and discovery. The collective efforts resulted in a $16.5 million settlement for the class.

- ***In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-7789 (S.D.N.Y.)**
  As class counsel in this action arising from manipulation of foreign exchange rates by international banks and others, CCMS has devoted significant resources toward investigation, discovery, and allocation of more than $2 billion in settlements for the class.

- ***In re Sumitomo Copper Litig.*, 96 Civ. 4584(MP) (S.D.N.Y.)**
  As class counsel in action arising out of manipulation of the world copper market, CCMS helped achieve settlements aggregating $134.6 million. In awarding attorneys' fees, Judge Milton Pollack noted that it was "the largest class action recovery in the 75 plus year history of the Commodity Exchange Act." 74 F. Supp. 2d 393 (S.D.N.Y. Nov. 15, 1999).

- ***In re Soybean Futures Litig.*, No. 89 C 7009 (N.D. Ill.)**
  As class counsel in this action against Ferruzzi Finanziaria SpA and related companies for unlawfully manipulating the soybean futures market, CCMS helped recover a $21.5 million settlement.

- ***Lawrence E. Jaffe Pension Plan v. Household International, Inc.*, No. 1:02-cv-05893 (N.D. Ill.)**
  Securities fraud class action. CCMS served as local counsel and helped recover a settlement of approximately $1.6 billion.

- ***Danis v. USN Communications, Inc.*, No. 98 C 7482 (N.D. Ill.)**
  Securities fraud class action arising out of the collapse and eventual bankruptcy of USN Communications, Inc. On May 7, 2001, the court approved a $44.7 million settlement with certain control persons and underwriters. Reported decisions: 73 F. Supp. 2d 923 (N.D. Ill. 1999); 189 F.R.D. 391 (N.D. Ill. 1999); 121 F. Supp. 2d 1183 (N.D. Ill. 2000).

- ***In re Insurance Brokerage Antitrust Litig.*, MDL No. 1663 (D.N.J.)**
  CCMS served as Co-Lead Counsel for plaintiffs in this class case alleging that insurance brokers and insurers conspired to allocate customers in a complicated scheme to maximize their own revenues at the expense of class members. The litigation concluded in 2013 with final approval of the last of five separate settlements that, in total, exceeded $270 million. Judge Cecchi observed that "Class counsel include notably skilled attorneys with experience in antitrust, class actions and RICO litigation." *In re Insurance Brokerage Antitrust Litig.*, 297 F.R.D. 136, 153 (D.N.J 2013); *see also In re Insurance Brokerage Antitrust Litig.*, MDL No. 1663, 2007 WL 1652303, at *6 (D.N.J. June 5, 2007).

- ***VisaCheck/MasterMoney Antitrust Litig.*, Master File No. 96-5238 (E.D.N.Y.)**
  CCMS's client, Burlington Coat Factory Warehouse, and the other plaintiffs, alleged that Visa and MasterCard violated the antitrust laws by forcing retailers to accept all of their branded cards as a condition of acceptance of their credit cards. The parties entered into settlement agreements that collectively provided for the payment of over $3.3 billion, plus widespread reforms and injunctive relief.

- ***In Re VisaCheck/MasterMoney Antitrust Litig.*, Master File No. 96-5238 (E.D.N.Y.)**
  CCMS's client, Burlington Coat Factory Warehouse, and the other plaintiffs, alleged that Visa and MasterCard violated the antitrust laws by forcing retailers to accept all of their branded cards as a condition of acceptance of their credit cards. The parties entered into settlement agreements that collectively provided for the payment of over $3.3 billion, plus widespread reforms and injunctive relief.

- ***In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litig.*, No. 4:14-md-02541 (N.D. Cal.)**
  CCMS represented a former Division 1 college basketball player in this antitrust litigation challenging the cap imposed by the NCAA on grant-in-aid packages. The efforts of the firm and its co-counsel resulted in certification of an injunctive class and a settlement of $209 million.

- ***Kamakahi v. American Society for Reproductive Medicine*, No. 3:11-cv-01781 (N.D. Cal.)**
  CCMS served as Co-Lead Counsel in a cutting edge antitrust case challenging the legality of ethical guidelines promulgated by two professional associations that limited the compensation members were permitted to pay to women providing donor services for in-vitro fertilization. Without the benefit of a parallel government case or investigation, CCMS achieved a groundbreaking settlement that required defendants to eliminate the compensation caps and to refrain from imposing similar caps in the future.

- ***In re New Motor Vehicles Canadian Export Antitrust Litig.,* MDL No. 1532 (D. Me.)**
  CCMS served as Class Counsel in multidistrict litigation alleging that automobile manufacturers and other parties conspired to prevent lower priced new motor vehicles from entering the American market thereby artificially inflating prices. The court approved a $37 million settlement with Toyota and the Canadian Automobile Dealers' Association.

- ***In re TriCor Indirect Purchaser Antitrust Litig.,* No. 05-360 (D. Del)**
  CCMS served as Lead Counsel for consumer and third-party payor plaintiffs who alleged that defendants engaged in unlawful monopolization in the market for fenofibrate products, which are used to treat high cholesterol and high triglyceride levels. The court approved to a $65.7 million settlement (an amount that excludes an initial payment to opt-out insurance companies).

- ***In re Prandin Direct Purchaser Antitrust Litig.,* Civ. No. 10-12141 (E.D. Mich.)**
  CCMS served as Co-Lead counsel for a plaintiff class of direct purchasers of the prescription drug repaglinide, which is manufactured and marketed by Novo Nordisk under the brand-name Prandin. Plaintiffs alleged that Novo Nordisk blocked FDA approval of generic versions of the drug by wrongfully manipulating the language of the "use code" filed with the FDA in connection with a method of use patent. The court approved a $19 million settlement.

- ***In re Disposable Contact Lens Antitrust Litigation*, MDL No. 2626 (M.D. Fla.)**
  CCMS served on the Defendant Discovery Committee, which was tasked with overseeing all aspects of discovery pertaining to Defendants, who are alleged to have conspired to implement retail price maintenance agreements intended to inflate the prices of disposable contact lenses to supracompetitive levels. The district court certified several horizontal and vertical nationwide antitrust classes, and settlements recovering $118 million for consumers were reached.

- ***In re Automotive Parts Antitrust Litig.,*** **MDL No. 2311 (E.D. Mich.)**
  CCMS has served as a member of Plaintiffs' Executive Committee representing the end-payor class in one of the largest civil antitrust actions in US history. As a member of the Executive Committee, CCMS has played an important role in this groundbreaking litigation in which plaintiffs have recovered over $1 billion on behalf of end-payor consumers and businesses who allege they purchased or leased new automobiles at prices that were artificially inflated as a result of automotive component manufacturers' anticompetitive conduct.

- ***Nichols v. SmithKline Beecham Corp.,*** **No. Civ.A.00-6222 (E.D. Pa.)**
  CCMS served as Co-Lead Counsel for consumers and third-party payors who alleged that the manufacturer of the brand-name antidepressant Paxil misled the U.S. Patent Office into issuing patents that protected Paxil from competition from generic substitutes. The court approved a $65 million class action settlement for the benefit of consumers and third-party payors who paid for Paxil.

- ***In re Relafen Antitrust Litig.*** **No. 01-12239 (D. Mass.)**
  The court approved a $75 million class action settlement for the benefit of consumers and third-party payors who paid for branded and generic versions of the arthritis medication Relafen. In certifying an exemplar class of end-payors, the court singled out our Firm as experienced and vigorous advocates. *See In re Relafen Antitrust Litig*., 221 F.R.D. 260, 273 (D. Mass. 2004). In the opinion granting final approval to the settlement, the court commented that "Class counsel here exceeded my expectations in these respects [*i.e.*, experience, competence, and vigor] in every way." *In re Relafen Antitrust Litig.,* 231 F.R.D. 52, 85 (D. Mass. 2005); *see also id.* at 80 ("The Court has consistently noted the exceptional efforts of class counsel.").

- ***In re Warfarin Sodium Antitrust Litig.,*** **MDL 98-1232 (D. Del.)**
  Multidistrict class action on behalf of purchasers of Coumadin, the brand-name warfarin sodium manufactured and marketed by DuPont Pharmaceutical Company. Plaintiffs alleged that the defendant engaged in anticompetitive conduct that wrongfully suppressed competition from generic warfarin sodium. The Court approved a $44.5 million settlement.

- ***In re Cardizem CD Antitrust Litig.,* MDL No. 1278 (E.D. Mich.)**
Multidistrict class action on behalf of purchasers of Cardizem CD, a brand-name heart medication. Plaintiffs alleged that an agreement between the brand manufacturer and a generic manufacturer unlawfully stalled generic competition. The court approved an $80 million settlement for the benefit of consumers, third-party payors and state attorneys general.

- ***In re Synthroid Marketing Litig.,* MDL No. 1182 (N.D. Ill)**
This multidistrict action arose out of alleged unlawful activities with respect to the marketing of Synthroid, a levothyroxine product used to treat thyroid disorders. The court approved a consumer settlement in the amount of $87.4 million.

# Consumer Class Actions

- ***Nielsen v. Walt Disney Parks and Resorts, Inc.*, No. 21-cv-2055 (C.D. Cal.)**
CCMS served appointed as co-lead Class Counsel in an action brought on behalf of consumers who purchased certain annual passes for Disney's California theme parks, but were not able to use the passes as advertised. The efforts of the firm and co-lead counsel resulted in a $9.5 million settlement to reimburse individuals who purchased the passes.

- ***Skeen v. BMW of N. Amer., LLC,* No. 13-cv-1531 (D.N.J.)**
CCMS served as co-lead counsel in an action brought on behalf of owners of certain MINI Cooper vehicles that contained a latent defect in the engine that caused premature failure. Following discovery and mediation, the parties reached a settlement on behalf of vehicle owners nationwide. The efforts of the firm and co-lead counsel resulted in a settlement to significantly extend warranties, and reimburse vehicle owners for tens of millions of dollars in out-of-pocket expenses for repair and/or replacement.

- ***Ponzo v. Watts Regulator Company,* No. 1:14-cv-14080 (D. Mass.);**
***Klug v. Watts Regulator Company,* No. 15-cv-00061 (D. Neb.)**
These consumer class cases, first brought by CCMS (D. Mass.) addressed defective water heater and "Floodsafe" branded connectors. Plaintiffs alleged that the water heater connectors were made of a material that would break down during regular use, causing leaks and ruptures that flooded class members' homes. The efforts of the firm and its co-lead counsel resulted in a settlement that provides $14 million to affected homeowners.

- ***Barrett v. Apple Inc., et al.,* No. 5:20-cv-04812 (N.D. Cal.)**
  CCMS investigated, originated and filed the first consumer class action seeking a remedy for consumers who were tricked by scammers into purchasing Apple gift cards. The firm and its co-lead counsel resulted in a $35 million settlement for victims of these scams.

- ***Bromley v. SXSW LLC,* No. 20-cv-439 (W.D. Tex.)**
  CCMS served as co-lead counsel, and secured an uncapped settlement entitling class members to refunds in connection with a canceled festival.

- ***Traxler v. PPG Industries, Inc.,* No. 15-cv-00912 (N.D. Ohio)**
  CCMS served as lead counsel in this action challenging defective deck resurfacing products, that peeled, cracked, and damaged the surfaces to which they were applied. The parties reached a settlement on behalf of a nationwide class that provides $6.5 million to homeowners.

- ***In re Apple iPhone/iPod Warranty Litig.,* No. 3:10-cv-01610 (N.D. Cal.)**
  Challenging Apple's policy of denying warranty claims based on liquid contact indicators located in headphone jacks and dock connector ports of iPhones and iPod touches. Similar class actions were subsequently filed in federal courts on behalf of Apple consumers. CCMS helped negotiate and achieve a $53 million settlement of the state and federal cases.

- ***In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Prod. Liability Litig.,* MDL No. 2672 (N.D. Cal.)**
  CCMS worked closely with lead counsel and other class counsel in this class case challenging unlawful actions by the manufacturer defendants to mask the actual diesel emission levels in various vehicle makes and models. Judge Breyer approved a class settlement with defendants worth billions of dollars.

- ***In re Takata Airbag Prod. Liability Litig.,* MDL No. 2599 (S.D. Fla.)**
  CCMS represents six named Class Plaintiffs and has been and continues to work closely with lead counsel on this multi-billion dollar case involving defective airbags installed in tens of millions of affected vehicles manufactured by most major manufacturers. Class settlements with Honda and BMW providing class members with hundreds of millions of dollars and substantial programmatic relief have been finally approved and are the subject of pending appeals.

- ***In re General Motors Corp. Air Conditioning Marketing and Sales Practices Litig.*, MDL No. 2818 (E.D. Mich.)**
  CCMS filed the first class action seeking relief on behalf of owners of GM vehicles suffering from a defect in the air conditioning system results in total system failure, necessitating significant repairs. On April 11, 2018, the Court appointed CCMS co-lead counsel.

- ***Squires et al., v. Toyota Motor Corp., et al.,* No. 18-cv-00138 (E.D. Tex.)**
  CCMS investigated, originated and filed the first and only consumer class action brought on behalf of owners of multi-model year Toyota Prius vehicles that suffer from a defect that causes windshields to crack and fail in ordinary and foreseeable driving conditions.

- ***Gonzalez, et al., v. Mazda Motor Corp., et al.*, No. 16-cv-2087 (N.D. Cal.)**
  CCMS is lead counsel in a consumer class action brought on behalf of owners of Model Year 2010-15 Mazda3 vehicles with defective clutch assemblies that cause them to prematurely fail. Plaintiffs allege that Defendants have breached express and implied warranties, and have violated the consumer protection statutes of various states.

- ***Albright v. The Sherwin-Williams Co.*, No. 17-cv-02513 (N.D. Ohio)**
  CCMS is serving as Co-Lead Counsel in this class action concerning deck resurfacing products sold under the Duckback and SuperDeck brand names. Plaintiffs allege defendants have breached express and implied warranties, and violated the consumer protection statutes of various states.

- ***Anderson v. Behr Process Corp.,* No. 1:17-cv-08735 (N.D. Ill.)**
  CCMS is serving as Co-Lead Counsel in this class action brought on behalf of purchasers of various deck coating products from 2012 through the present. After months of mediation and negotiations, and successfully opposing efforts by other plaintiffs and firms to have the JPML centralize pending cases, the parties have agreed to a proposed Class settlement which will provide substantial valuable monetary relief to Class members to refund the cost of product purchased as well as compensate them for damage to their decks and the costs of restoring and repairing the same.

- ***Bergman v. DAP Products, Inc.,* No. 14-cv-03205 (D. Md.)**
  CCMS served as lead counsel in this class action on behalf of consumers who purchased various models of "XHose" garden hoses, which were flexible outdoor hoses that were predisposed to leaking, bursting, seeping,

and dripping due to design defects. The court approved a nationwide settlement providing hundreds of thousands of consumer class members with the opportunity to recover a substantial portion of their damages.

- ***In re Midway Moving & Storage, Inc.'s Charges to Residential Customers,* No. 03 CH 16091 (Cir. Ct. Cook Cty., Il.)**
  A class action on behalf of customers of Illinois' largest moving company. A litigation class was certified and upheld on appeal. *Ramirez v. Midway Moving and Storage, Inc.*, 880 N.E.2d 653 (Ill. App. 2007). The case settled on a class-wide basis. The court stated that CCMS is "highly experienced in complex and class action litigation, vigorously prosecuted the Class' claims, and achieved an excellent Settlement for the Class under which Class members will receive 100% of their alleged damages."

- ***Walter Cwietniewicz d/b/a Ellis Pharmacy, et al. v. Aetna U.S. Healthcare*, June Term, 1998, No. 423 (Pa. Common Pleas)**
  On May 25, 2006, the court granted final approval to a settlement of a class action brought on behalf of pharmacies that participated in U.S. Healthcare's capitation program seeking to recover certain required semi-annual payments. At the final approval hearing, the court found that "this particular case was as hard-fought as any that I have participated in" and with respect to the Class's reaction to the settlement achieved as a result of our firm's work: ". . . a good job, and the reason there should be no objection, they should be very very happy with what you have done."

- ***Davitt v. American Honda Motor Co., Inc.,* No. 13-cv-381 (D.N.J.)**
  CCMS served as plaintiffs' counsel in a class action on behalf of owners of 2007-09 Honda CRV vehicles that suffered from a defect that predisposed the door-locking mechanisms to premature failure. Following extensive dismissal briefing, discovery and mediation, the parties reached a global settlement that provided class members with extended warranty coverage and reimbursement of out-of-pocket expenses.

- ***Sabol v. Ford Motor Company,* No. 2:14-cv-06654 (E.D. Pa.)**
  CCMS served as Lead Counsel in this class case on behalf of owners of various model 2010-2015 Ford, Volvo and Land Rover vehicles allegedly including a defect in certain Ecoboost engines. Defendant claimed it addressed and repaired the problem through a series of recalls and repairs. After briefing summary judgment and class certification, and several years

of hard fought litigation, including substantial discovery, the parties entered into a settlement providing substantial monetary and other relief.

- ***Lax v. Toyota Motor Corp.,* No. 14-cv-1490 (N.D. Cal.)**
  CCMS served as class counsel in an action brought on behalf of owners of certain Toyota-brand vehicles that contained a defect that caused vehicles to consume oil at accelerated rates, often resulting in catastrophic engine failure. Following extensive discovery and mediation, the parties reached a private settlement following Toyota's implementation of an extended warranty and reimbursement program for affected vehicles. ECF No. 82.

# Individual Biographies

## PARTNERS



**BRYAN L. CLOBES** is a 1988 graduate of the Villanova University School of Law and received his undergraduate degree from the University of Maryland. Mr. Clobes clerked for Judge Arlin M. Adams of the United States Court of Appeals for the Third Circuit, Judge Mitchell H. Cohen of the United States District Court for the District of New Jersey, and Judge Joseph Kaplan of the Maryland Circuit Court in Baltimore. From 1989 through June, 1992, Mr. Clobes served as Trial Counsel to the Commodity Futures Trading Commission in Washington, D.C. Mr. Clobes has served as lead counsel in many of the firm's class cases covering all areas of the firm's practice, and is widely recognized as an expert in class action litigation. Mr. Clobes has authored briefs filed with the Supreme Court in a number of class cases, served as a panelist for class action, consumer and antitrust CLE programs, has sustained and maintained the highest rating, AV®, from Martindale-Hubbell, and has been named a "Super Lawyer" for the past twelve years. Mr. Clobes is admitted to the bar in New Jersey and Pennsylvania, and admitted to practice in several federal district and appellate court admissions.



**NICKOLAS J. HAGMAN** received his undergraduate degree, *magna cum laude*, from the University of Minnesota in 2008. Mr. Hagman earned his law degree from Marquette University Law School, *cum laude*, in 2013, with a Certificate in Litigation. During law school, Mr. Hagman served as an associate editor of the Marquette Law Review, was a member of the Pro Bono Society, and worked as an intern for the late Wisconsin Supreme Court Justice N. Patrick Crooks, and current Wisconsin Supreme Court Justice Rebecca Dallet. Following law school, Mr. Hagman served as a judicial clerk in the Milwaukee County Circuit Court for two years. Prior to joining CCMS in 2019, Mr. Hagman was an associate at a plaintiff-side consumer class action firm for five years. Mr. Hagman is licensed to practice in Illinois and Wisconsin, and before the United State District Courts for the Northern District of Illinois, the

Eastern District of Wisconsin, and the District of Colorado. Mr. Hagman authored the 2024 Edition of the IICLE Class Actions handbook chapter: *Settlement Procedures, Negotiations, and Agreements Under State and Federal Rules*, CLASS ACTIONS (IICLE, 2024). He is also a member of the Wisconsin Bar Association and Chicago Bar Association, where he is a member of the Class Action and Consumer Committees.



**DANIEL O. HERRERA** received his law degree, *magna cum laude*, and his MBA, with a concentration in finance, from the University of Illinois at Urbana-Champaign in 2008. Mr. Herrera received his bachelor's degree in economics from Northwestern University in 2004. Mr. Herrera joined CCMS as an associate in 2011 and is resident in its Chicago, Illinois Office. Since joining CCMS, Mr. Herrera has successfully prosecuted a wide range of antitrust, consumer and commodities class action. Mr. Herrera leads the firm's Consumer Class Action and Data Privacy practices, but also is active in the firm's antitrust matters, leading its ongoing efforts in *In re Cattle and Beef Antitrust Litigation* and *In re Apartment Rental Software Antitrust Litig. No. 23-md-3071 (M.D. Tenn.)*. Prior to joining CCMS, Mr. Herrera was an associate in the trial practice of Mayer Brown LLP, a Chicago-based national law firm, where he defended corporations in securities and antitrust class actions, as well as SEC and DOJ investigations and enforcement actions. Mr. Herrera, a first generation Cuban-American, is licensed to practice in Illinois, holds several federal district and appellate court admissions, and is an active member of the Hispanic Bar Association



**NYRAN ROSE RASCHE** received her undergraduate degree *cum laude* from Illinois Wesleyan University in 1995, was awarded a graduate teaching fellowship for law school, and earned her law degree from the University of Oregon School of Law in 1999. Following law school, Ms. Rasche served as a law clerk to the Honorable George A. Van Hoomissen of the Oregon Supreme Court. She is the author of *Protecting Agricultural Lands: An Assessment of the Exclusive Farm Use Zone System*, 77 Oregon Law Review 993 (1998) and *Market Allocation through Contingent Commission Agreements: Strategy and Results in In re Insurance Brokerage Antitrust Litigation*

(with Ellen Meriwether), The Exchange: Insurance and Financial Services Developments (Spring 2015). Since joining CCMS, Ms. Rasche has successfully prosecuted a wide range of antitrust, consumer class, securities and commodities class actions. Ms. Rasche has been admitted to practice in the state courts of Oregon and Illinois, as well as the United States District Courts for the Northern District of Illinois, the Southern District of Illinois, and the District of Colorado. She is also a member of the American and Chicago Bar Associations.



**JENNIFER WINTER SPRENGEL** received her law degree from DePaul University College of Law, where she was a member of the DePaul University Law Review. Her undergraduate degree was conferred by Purdue University. Ms. Sprengel is an experienced litigator in matters involving commodities, antitrust, insurance and the financial industries. In addition, Ms. Sprengel is a committee member of the Seventh Circuit Electronic eDiscovery Pilot Program and is a frequent speaker regarding issues of discovery. Links to some of her presentations and articles can be found on the firm's website. She also serves as co-chair of the Antitrust Law subcommittee of the ABA Class Action and Derivative Suits committee. She is admitted to practice law in Illinois, holds several federal district and appellate court admissions, and has attained the highest rating, AV®, from Martindale-Hubbell. Ms. Sprengel serves as the managing partner of the Firm.

## SENIOR COUNSEL



**PATRICK E. CAFFERTY** graduated from the University of Michigan, with distinction, in 1980 and obtained his J.D., *cum laude*, from Michigan State University College of Law in 1983. From 1983 to 1985, he served as a prehearing attorney at the Michigan Court of Appeals and as a Clerk to Judge Glenn S. Allen, Jr. of that Court. Mr. Cafferty is an experienced litigator in matters involving antitrust, securities, commodities, and the pharmaceutical industry. In 2002, Mr. Cafferty was a speaker at a forum in Washington D.C. sponsored by Families USA and Blue Cross/Blue Shield styled "Making the Drug Industry Play Fair." At the Health Action 2003 Conference in Washington

D.C., Mr. Cafferty was a presenter at a workshop titled "Consumers' Access to Generic Drugs: How Brand Manufacturers Can Derail Generic Drugs and How to Make Them Stay on Track." In 2010, Mr. Cafferty made a presentation on indirect purchaser class actions at the American Antitrust Institute's annual antitrust enforcement conference. *See Indirect Class Action Settlements* (Am. Antitrust Inst., Working Paper No. 10-03, 2010). Mr. Cafferty is admitted to the state bars of Michigan and Illinois, and holds several federal district and appellate court admissions. Mr. Cafferty has attained the highest rating, AV®, from Martindale-Hubbell and is a top rated SuperLawyer®.



**ELLEN MERIWETHER** received her law degree from George Washington University, *magna cum laude*, in 1985. She was a member of the *George Washington Law Review* and was elected to the Order of the Coif. Ms. Meriwether received a B.A. degree, *with highest honors*, from LaSalle University in 1981. Ms. Meriwether is on the Board of Directors of the American Antitrust Institute (AAI), is Editorial Board Co-Chair of ANTITRUST, a publication by the section of Antitrust Law of the American Bar Association and serves as Vice-Chair of the Board of Directors of the Public Interest Law Center, in Philadelphia. Since 2010, Ms. Meriwether has been included in the US News and World Report Publication of "Best Lawyers in America" in the field of Antitrust. She has been named a "Pennsylvania Super Lawyer" since 2005 and has attained the highest rating, "AV", from Martindale-Hubbell. She is a frequent presenter on topics relating to complex, class action and antitrust litigation and has published a number of articles on subjects relating to class actions and antitrust litigation, including, among others: "The Fiftieth Anniversary of Rule 23: Are Class Actions on the Precipice?," *Antitrust,* (Vol. 30, No. 2, Spring 2016); "Motorola Mobility and the FTAIA: If Not Here, Then Where?," *Antitrust*, Vo. 29, No.2 Spring 2015); *"Comcast Corp. v. Behrend:* Game Changing or Business as Usual?," *Antitrust*, (Vol. 27, No. 3, Summer 2013). Links to these articles and others authored by Ms. Meriwether can be found on the firm's website. Ms. Meriwether is admitted to the bar of Supreme Court of Pennsylvania and is admitted in a number of federal district court and appellate court jurisdictions.



**DOM J. RIZZI** received his B.S. degree from DePaul University in 1957 and his J.D. from DePaul University School of Law in 1961, where he was a member of the *DePaul University Law Review*. From 1961 through 1977, Judge Rizzi practiced law, tried at least 39 cases, and briefed and argued more than 100 appeals. On August 1, 1977, Judge Rizzi was appointed to the Circuit Court of Cook County by the Illinois Supreme Court. After serving as circuit court judge for approximately one year, Judge Rizzi was elevated to the Appellate Court of Illinois, First District, where he served from 1978 to 1996. Judge Rizzi became counsel to the firm in October 1996.

## OF COUNSEL



**CHRISTOPHER P. DOLOTOSKY** joined Cafferty Clobes Meriwether & Sprengel LLP as Of Counsel in 2024. He is a commercial litigation attorney with 20 years' experience in working on a variety of complex legal cases. He has participated in trials and conducted depositions in several cases. He is involved with the firm's antitrust practice. Prior to joining to our firm, he worked for several law firms and boutique firms in the Philadelphia area. Mr. Dolotosky received his law degree from the Villanova University School of Law in 2001 where he was a Board Member of the *Villanova Law Review*. He obtained his bachelor's degree in political science from the University of Delaware in 1998 where he was a member of *Phi Beta Kappa*. Mr. Dolotosky is licensed to practice in Pennsylvania and New Jersey. He is admitted to practice before the U.S. District Courts for the Eastern District of Pennsylvania and the District of New Jersey.

# ASSOCIATES



**ALEX LEE** graduated *cum laude* from the University of Illinois College of Law in 2020. While at law school, he was a staff writer for the *Illinois Business Law Journal* and served in the Illinois Innocence Project where he worked to investigate and exonerate wrongfully convicted individuals in Illinois. Mr. Lee received his BA in political science from Boston College in 2017. While at university, Mr. Lee worked in special needs education for three years. Alex Lee joined Cafferty Clobes Meriwether Sprengel's Chicago office as an associate attorney in 2023. Prior to joining Cafferty Clobes, Mr. Lee worked at several law firms in Chicago and Champaign and worked on cases in consumer law, employment law, civil rights, commercial litigation, and complex litigation.



**NABIHAH MAQBOOL** is an Associate at Cafferty Clobes Meriwether & Sprengel LLP. Ms. Maqbool has experience leading matters in state and federal courts at every stage of litigation. Prior to joining Cafferty Clobes she was an associate at boutique litigation firms in Washington D.C. and Chicago, with cases ranging from complex commercial and arbitral matters, civil rights, plaintiff-side employment disputes, to serving as outside counsel for non -profit organizations. Ms. Maqbool began her career as a litigation fellow and as a staff attorney at national impact litigation organizations focused on vindicating plaintiffs' constitutional rights. Ms. Maqbool earned her law degree from the University of Chicago in 2018, where she received the Thomas R. Mulroy Prize for Excellence in Appellate Advocacy and Oral Argument, the Edwin F. Mandel Award for Exceptional Contributions to the Law School Clinical Education Program, and with pro bono honors. Ms. Maqbool graduated from the University of Missouri Honors College with a Bachelor of Science in Biological Sciences, a Bachelor of Arts in Political Science, and a Master of Public Health with Delta Omega Honors. Ms. Maqbool is licensed to practice in New York, and before the United States District Courts for the Northern, Central, and Southern Districts of Illinois.



**HENRY VISSER MELVILLE** is an Associate at Cafferty Clobes Meriwether & Sprengel LLP. Mr. Melville earned a Bachelor of Arts in economics from the University of Colorado Boulder and a law degree from the University of Chicago. Prior to joining our firm in 2024, he was a transactional associate at a national law firm for three years.



**KAITLIN NAUGHTON** received her law degree from the George Washington University Law School in 2019, where she served as managing editor for the *George Washington Journal of Energy & Environmental Law*. Ms. Naughton earned her bachelor's degree in political science and sociology with distinction from Purdue University in 2015. Ms. Naughton joined CCMS in 2019 and is resident in its Chicago, Illinois office. She is licensed to practice in Illinois and before the United State District Court for the Northern District of Illinois.



**MOHAMMED A. RATHUR** is an Associate at Cafferty Clobes Meriwether & Sprengel LLP's Chicago office. Prior to joining Cafferty Clobes, Mr. Rathur worked at a boutique class action law firm specializing in employment and data privacy rights. Mr. Rathur's prior experience includes serving as a judicial law clerk in the Chancery Division of the Circuit Court of Cook County for two years. Mr. Rathur earned his law degree from the American University Washington College of Law in 2019, where he served as a Student Attorney for the International Human Rights Law Clinic. Mr. Rathur graduated from Michigan State University with a B.A. in International Relations.

## Staff Attorney



**ANDREW MORRIS** joined Cafferty Clobes Meriwether & Sprengel LLP in 2021. His experience includes a broad range of litigation matters. He graduated from Widener University School of Law in Delaware, cum laude in 2006. Mr. Morris is admitted to practice in Pennsylvania.

# EXHIBIT C

STUEVE SIEGEL HANSON

# NORMAN E. SIEGEL

## PARTNER



T 816.714.7112
siegel@stuevesiegel.com

Norman E. Siegel litigates high-stakes cases for companies and individuals. He has earned a reputation locally and nationally for his ability to strategize, negotiate and deliver results. He was recently named by *Best Lawyers* as a 2020 "Lawyer of the Year" and by *Law360* as a "Titan of the Plaintiff's Bar" for his work in class action litigation following big wins against some of the largest corporations in America.

Norm has successfully tried to verdict a wide range of cases, obtaining several multimillion-dollar jury verdicts, and has obtained billions in settlements for his clients.

Norm concentrates his practice in three principal areas:

**Business Litigation.** Norm successfully deploys the firm's contingency fee business litigation model in bet-the-company and "David vs. Goliath" matters involving intellectual property, breach of contract, fraud, misrepresentation and more. In one such matter, he prosecuted a groundbreaking antitrust case on behalf of Heartland Surgical Specialty Hospital, which claimed the region's dominant hospital systems conspired to prevent it from obtaining in-network provider contracts. After Norm secured a key admission from a defense witness, Heartland settled with all defendants.

**Data Breach and Privacy.** Named one of Law360's "MVPs of the Year" for Cybersecurity and Privacy, Norm has served as lead counsel in several of the largest data breach cases litigated to date, including the sprawling multidistrict litigation alleging Equifax compromised the personal information of more than 148 million Americans in a 2017 data breach. More than 250 cases were filed against Equifax, and Norm was selected lead counsel over scores of other applicants. A leader in this burgeoning field of law, Norm has prosecuted data breach claims against Capital One, Quest Diagnostics, Target Corp., The Home Depot Inc., Marriott, the Office of Personnel Management, and the National Board of Examiners in Optometry, and he is the co-founder of the American Association for Justice's data breach and privacy group.

**Class Actions.** Norm's recent work includes multimillion-dollar jury verdicts and settlements on behalf of consumers who were overcharged for life insurance policies. In *Vogt v. State Farm Insurance*

*Co.*, Norm delivered the closing argument to the jury that returned a $34 million verdict for Missouri owners of State Farm life insurance. Norm also served as lead counsel in *Larson v. John Hancock Life Insurance Co.*, a nationwide class action that ultimately settled for $59.75 million just before trial. For his work in the field, *Best Lawyers* recently named Norm "Lawyer of the Year" for class action litigation.

Norm began his career as an Assistant Attorney General at the Missouri Attorney General's Office, where he gained a broad range of experience in complex litigation. He was later named partner at the firm now known as Dentons before starting Stueve Siegel Hanson in 2001.

Norm was recognized as a 2020 Missouri Lawyers Awards Influential Lawyer by *Missouri Lawyers Weekly*; has been named among the "500 Leading Plaintiffs' Lawyers in America" by Lawdragon; and is listed among *Best Lawyers in America* and *Kansas City Business Journal*'s "Best of the Bar." He has been honored several times as a Top 100 Missouri/Kansas "Super Lawyer" and a Benchmark Plaintiffs "Local Litigation Star."

Norm has served on the boards of the Healthcare Foundation of Greater Kansas City, the Kansas City Bar Foundation and the Negro Leagues Baseball Museum. Outside the office, he enjoys tennis, collecting art, and spending time with his family and his dog, a Whoodle named Lucky.

Over the last 25 years, Norm has recovered over $3 billion in judgments and settlements against the largest corporations in the world. Recent litigation highlights include the following cases:

*Glover v. Connecticut General* (Insurance Litigation) Norm serves as lead counsel in this litigation alleging defendants improperly calculated the cost of insurance charge on 191,000 flexible premium adjustable life Insurance policies. After nearly 8 years of litigation, Norm secured a $147.5 million settlement, which was preliminarily approved in 2024. With the other cost of insurance judgments and settlements (discussed below) Norm has now recovered over $725 million in cash in cost of insurance litigation.

*In re: Consumer Vehicle Data Tracking Litigation* (Privacy Litigation) Norm was appointed lead counsel in this multidistrict litigation centralizing scores of cases filed around the country in 2024 claiming General Motors surreptitiously collected and sold driving data collected through its On-Star telematics system. Norm is responsible for leading

all aspects of the litigation pending in the Northern District of Georgia. The case is ongoing.

*In re: Change Healthcare Customer Data Security Breach Litigation* (Business Interruption Litigation) Norm was appointed lead counsel to represent medical providers and hospitals in this multidistrict litigation claiming damages as a result of a ransomware attack on Change Healthcare. Providers claim they have been unable to process insurance claims and obtain payments for medical services provided to patients as a result of the attack, which occurred in 2024. The case is ongoing.

*Niewinski v. State Farm* (Insurance Litigation) Norm served as class counsel in this case alleging State Farm improperly included non-mortality factors in calculating the cost of insurance charge under its 86040 insurance contract. Norm negotiated the $65 million settlement reached in 2024, and with the *Rogowski* settlement and *Vogt* judgment (discussed below), Norm has recovered $430 million in cash from State Farm in cost of insurance litigation.

*In re: T-Mobile Customer Data Security Breach Litigation* (Data Breach Litigation) Norm was appointed lead counsel in this massive data breach impacting millions of T-Mobile customers. Norm led the settlement discussions leading to a $500 million settlement—including $350 million in cash—which was approved in 2023. With the settlement in *T-Mobile*, *Equifax* and *Capital One*, Norm has secured the 3 largest data breach settlements on record, totaling over $1 billion in cash and an additional $1.2 billion in other relief.

*Rogowski v. State Farm* (Insurance Litigation) Norm served as class counsel in this case alleging State Farm improperly included non-mortality factors in calculating the cost of insurance charge under its 94030 insurance contract. Norm negotiated the $325 million settlement, which was approved and implemented in 2023, and is the largest cost of insurance overcharge settlement on record.

*In Re: Capital One Customer Data Security Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this MDL alleging that Capital One compromised the confidential information of nearly 100 million credit applicants. Norm led all aspects of the litigation, successfully argued against Defendants' motions to dismiss the case, and later argued class certification and motions for summary judgment. While those motions were pending, Norm led negotiations

securing a $195 million settlement—the third largest data breach settlement on record.

*Spegele v. USAA Life Insurance Company* (Insurance Litigation) Norm served as lead counsel in this class action alleging that USAA overcharged policy owners by including unauthorized charges in its cost of insurance charge in violation of the contract. The Court certified a nationwide class of over 70,000 policy owners in 2020, and Norm negotiated a $90 million settlement that was approved in 2021.

*In Re: AMCA Customer Data Security Breach Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this MDL alleging that Quest Diagnostics negligently entrusted the private medical information to collection agency AMCA, which suffered a massive data breach impacting more than 10 million Quest customers. The consolidated litigation is ongoing.

*Reyes v. Experian Information Solutions* (Consumer Litigation) Norm served as lead counsel in this litigation accusing Experian of improperly reporting delinquent loan accounts. After the case was initially dismissed, Norm successfully argued for reversal before the Ninth Circuit Court of Appeals and later secured nationwide certification of a class, leading to settlements totaling $29 million—one of the largest recoveries under the Fair Credit Reporting Act.

*In Re: Equifax Data Breach Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this case alleging Equifax compromised the name, address, social security number and other personal information of over 148 million Americans. Norm led several aspects of the litigation including serving as chair of the settlement committee. The case was resolved in July 2019 for a record $1.5 billion–the largest data breach settlement of all time.

*Vogt v. State Farm Insurance Co.* (Insurance Litigation) Norm was lead counsel in this class action on behalf of Missouri owners of State Farm life insurance. The plaintiffs alleged that State Farm improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract. In June 2018, Norm tried this case to a jury, and delivered the closing argument that returned a verdict of $34 million for the class. Following State Farm's unsuccessful appeals and the application of interest, State Farm paid a judgment of $40 million in 2022.

*Larson v. John Hancock Life Insurance Co.* (Insurance Litigation) Norm was lead counsel in this nationwide class action alleging that John

Hancock overcharged policy owners by including expenses in its cost of insurance charge in violation of the insurance contract. Norm and his team successfully secured class certification for John Hancock Flex V policyholders, and secured a settlement of $59.75 million just prior to trial.

*Liang v. National Board of Examiners in Optometry* (Data Breach and Privacy Litigation) Norm represented a class of optometrists that alleged their personal information was compromised by the national testing organization for eye doctors. The case was initially dismissed based on standing grounds, but Norm successfully argued before the Fourth Circuit Court of Appeals that the allegations in the Complaint sufficiently alleged Article III standing. The case settled in 2019 on terms the Court described as "outstanding relief for the class."

*Doe v. Uber* (Sexual Assault) Norm and sued Uber Technologies, Inc. on behalf of a sexual assault victim referred to as Jane Doe. Ms. Doe, a postgraduate student in Kansas City, alleged she was raped by her Uber driver, who is a felon previously convicted of attempted first-degree murder with intent to kill. After extensive discovery, the case was settled in 2018.

*In Re: The Home Depot Customer Data Security Breach Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this litigation alleging that Home Depot negligently allowed the credit and debit card information of over 40 million customers to fall into fraudsters' hands for sale on the black market. Norm led the team that secured a global consumer settlement, which included $13 million in cash, monitoring for all class members, and required Home Depot to overhaul its data security.

*In Re: Target Consumer Data Security Breach Litigation* (Consumer Litigation) Norm was named to a team of four lawyers to represent consumers in this Multi District Litigation against Target Corporation following the announcement that hackers had apparently stolen 40 million customers' credit and debit card information and compromised 70 million customers' names, addresses, phone numbers and email addresses. The case settled, providing a fund of $10 million for class members who suffered out of pocket losses, and compelled Target to remediate its data security.

*In Re Peregrine Financial Group Customer Litigation* (Business Litigation) Norm served as co-lead counsel on a team pursuing U.S. Bank and JP Morgan for their alleged role in the $200 million fraud perpetrated

against customers of Peregrine Financial Group. Plaintiffs in the case allege that the banks were aware – or should have been aware – of the fraud undertaken by Russell Wasendorf Sr., Peregrine's founder. The scheme collapsed in July 2012, following Mr. Wasendorf's suicide attempt and suicide note describing the fraud. Norm and co-counsel secured settlements worth more than $75 million on behalf of former customers.

*Mortgage Backed Securities Litigation* (Securities Litigation) Norm represented several banking institutions in cases claiming the banks were sold mortgage backed securities under false pretenses. In particular, the cases claim the securities were sold as safe investments but were in fact far riskier than represented. Several of the cases claim the sellers did not adhere to the underwriting standards outlined in the offering documents, making the securities much less stable than the buyers were led to believe. Other cases claim the banks were sold "off-label" mortgage-backed securities that were sold as safe alternatives to government backed MBS.

*Mobile Captions Co. v. Hamilton Relay et al.* (Business Litigation) Norm represents Mobile Captions Company, a start-up technology company that had developed an innovative system to provide written "captions" on cell phones to aid hard of hearing customers. The suit alleges that Defendants Hamilton Relay and CapTel conspired to put Mobile Captions Company out of business to squash competition and build their own business around the technology. Following a two-week arbitration, Hamilton was found to have breached its agreement with Mobile Captions and Mobile Captions was awarded damages.

*H&R Block Compliance Fee Litigation* (Consumer Litigation) Norm led a class action lawsuit against H&R Block claiming the tax preparation giant unfairly charged customers a bogus "compliance fee." The suit alleges that beginning with the 2010 tax year, H&R Block began charging a compliance fee to its tax preparation clients ranging from $2 to $4 for each return. H&R Block represents that the "Tax Preparer Compliance Fee consists of costs incurred by H&R Block to comply with new U.S. tax preparation registration requirements." However, the IRS does not mandate a compliance fee and does not charge any compliance fee for filing individual tax returns. Norm led the negotiations resulting in a settlement on behalf of the class.

*In re: Simply Orange Orange Juice Litigation* (Consumer Litigation) Norm was designated lead counsel in this consumer case alleging that the Coca-Cola Company misrepresents its Simply Orange product. The

lawsuit alleges that the Defendant has been falsely claiming that its Simply Orange orange juice is "100% Pure Squeezed Orange Juice" and "a pure, natural orange juice with a taste that's the next best thing to fresh-squeezed." In truth, the Complaint alleges, Coca-Cola's Simply Orange is heavily processed and flavored - it is not 100% pure or natural. The case settled in 2017 with Coke agreeing to modify how it markets the product.

*Crossroads Wireless Litigation* (Business Litigation) Norm successfully litigated this securities case against investment bankers and brokers for statutory and common law fraud. Norm represented more than a dozen independent telephone companies and not-for-profit co-ops in Missouri, Kansas, Nebraska and Kentucky seeking to recover nearly $40 million they invested in the now-defunct Crossroads Wireless project. Defendants in the case included investment banks Brown Brothers Harriman and George K. Baum. A confidential settlement was reached on behalf of the telephone companies.

*In re: Underfilled Propane Litigation* (Consumer Litigation) Norm was lead counsel in this multi-district litigation related to underfilled propane tanks in the Western District of Missouri. Plaintiffs generally alleged that Defendants AmeriGas and Ferrellgas conspired to reduce the propane sold in replacement barbeque-type propane cylinders but continued to sell the cylinders as "full." More than 15 cases were filed around the country and eventually consolidated by the Judicial Panel on Multidistrict Litigation. Norm worked with the team that secured a class action settlement with AmeriGas for $10 million, and later settlement with Ferrellgas for $25 million.

*Hopkins v. Premcor, et al.* (Environmental Litigation) Norm represented landowners and residents of Hartford, Illinois who are living on top of a four-million-gallon underground gasoline plume. Residents of Hartford, which is located between the refineries to the East and the Missouri River to the West, have experienced severe gas fumes in their homes, fires in water wells, and a substantial impairment to their living environment. After several years of litigation, the plaintiffs reached a $39.5 million settlement agreement with refiners Premcor, BP, Shell, Apex and Sinclair.

*Heartland v. HCA Midwest Division, et al.* (Antitrust Litigation) Norm completed the successful prosecution of a groundbreaking antitrust case on behalf of Heartland Surgical Specialty Hospital, a physician owned specialty acute care hospital. Heartland claimed that the dominant hospital systems in the Kansas City area conspired among

themselves and with the dominant managed care organizations in the region to prevent Heartland from obtaining in-network provider contracts. Heartland also alleged the defendants tortiously interfered with Heartland's ability to obtain provider contracts. Following three years of intense litigation including nearly 100 depositions and the exchange of over 3 million pages of documents, Heartland settled with all defendants. Norm scored a key admission regarding the conspiracy in the depositions, when a defense witness testified there was an unwritten, but understood agreement to keep Heartland out of the market.

*In re: H&R Block Express IRA Litigation* (Consumer Litigation). Norm was appointed by the Court to serve as lead counsel against H&R Block in this class action alleging that the tax firm misled consumers in the marketing and sale of the "Express IRA" product. Plaintiffs alleged that consumers who opened Express IRAs lost money because H&R Block's fees for the accounts exceeded the interest earned by the accounts. The lawsuit further alleged that H&R Block failed to adequately explain the Express IRA's financial consequences and limitations and that H&R Block knew that the Express IRA was an unsuitable investment for most of its clients. In 2010, the firm achieved a settlement for $24.4 million.

*Parkinson v. Hyundai Motor America, Inc.* (Consumer Litigation) Norm was appointed lead counsel in this consumer class action against Hyundai Motor America alleging that Hyundai marketed and sold vehicles with defective flywheel systems. The case was settled in June 2010 in favor of the plaintiffs. Eligible class members received cash reimbursements for money spent on certain flywheel/clutch parts repairs to their 2003 Hyundai Tiburons.

*Kelly, et al. v. State Farm* (Business Litigation) In August 2005, Norm (along with partner George Hanson) won a $26.5 million jury verdict for five State Farm agents who had accused State Farm of violating their agents' agreements. The verdict came after a three-week trial in Independence Missouri. The agents argued that they were improperly terminated after publicly criticizing management's policies as to policyholders. The agents, who collectively had over 115 years of service with State Farm, spoke out following a series of substantial verdicts and settlements against State Farm that revealed improper claims handling, fraudulent use of medical utilization reviews, specification of non-OEM replacement parts, and other practices considered harmful to policyholders. Norm delivered the closing

argument at trial, and the jury returned a verdict in the amount sought by the agents.

*In re: Hyundai Horsepower Litigation* (Consumer Class Action Litigation) Norm was co-lead counsel in the Hyundai Horsepower Litigation, which netted class relief totaling between $75-$125 million. The case was aggressively litigated over nearly two years and was fought on numerous fronts. The nationwide litigation began in September 2002 when Hyundai announced it had overstated horsepower ratings in more than 1 million vehicles sold in the United States over a 10-year period. SSH was one of several firms around the country that filed class actions against Hyundai, but in early 2003, Hyundai announced it had settled the case on a nationwide basis with two lawyers in Beaumont, Texas. SSH was part of a leadership group of intervenors in Beaumont who were provided 90 days to conduct discovery and challenge the settlement. Norm took the lead in discovery; processing more than 80,000 pages of Hyundai documents and taking the depositions of top Hyundai management, including the CEO of Hyundai Motor America, and a corporate representative of HMA's parent in Seoul, South Korea. This discovery led to lengthy briefing and ultimately a ruling by the Beaumont Court that the proposed settlement was unfair to class members. Following that ruling, Hyundai entered talks with Norm's group, resulting in the settlement valued at $75-$125 million.

*Weld Racing Inc. v. Gragg's Paint Co.* (Business Litigation) In 2003, Norm continued his successful streak in jury trials, winning a $1.5 million jury verdict on behalf of SSH client Weld Racing against Gragg's Paint Company. Weld Racing is a high-end manufacturer of forged chrome wheels, run by a former Indy 500 racer Greg Weld. Weld historically forged all its wheels and outsourced its chrome plating, but in 1999 began to construct an in-house plating facility. Gragg's Paint Co., the defendant, recommended a lining for the metal tanks in the chrome plating line. The lining failed, resulting in significant delays in the chrome line and substantial expenses related to scrapped wheels. Weld made breach of warranty and negligent misrepresentation claims against Gragg's and the case proceeded to trial. After a week-long trial, the jury awarded exactly what Weld claimed in damages - $1,589,426.13.

*Robert Half of Kansas City v. Robert Half International* (Franchise Litigation) This arbitration pitted a long-time franchisee against its franchisor, Robert Half International - a $4 billion company that bills itself as the worldwide leader in specialized employment placement.

RHI began buying back franchisees in the mid-1980s and by the late 1990s, only a few of the original 100+ franchisees remained. Our client, who had been a RHI franchisee since 1971 and was the last holdout - came to SSH seeking to enforce his rights under the RHI franchise agreement. A contentious arbitration ensued, resulting in a confidential settlement. Along the way, Norm took the lead in prosecuting the case, including deposing RHI's second in command.

*United States of America v. Supreme Insulation* (White Collar Criminal Defense) In late 2001, Norm obtained an acquittal in a federal price-fixing case after a seven-week federal jury trial in Houston, Texas. The case followed several convictions of individuals in the same industry, and one witness who pled guilty and testified against Norm's client. Norm was responsible for several key direct and cross examinations in the case, including the cross examination of an ex-employee, and the direct examination of the defendant's expert witness. The Government had sought jail sentences of 4 years or more.

*Multi-Media International, LLC v. PROMAG Retail Services, LLC* (RICO). Norm defended a RICO and business tort action brought in the United States District Court for the District of Kansas. Of particular significance, Norm briefed a motion to dismiss the Complaint in which the Court was persuaded to overrule its own prior decision on an important issue of statutory interpretation concerning RICO's national service of process provision, 18 U.S.C. 1965(b). Norm also successfully persuaded the Court to dismiss the corporate defendant for failure state a RICO claim under 18 U.S.C. 1962(c) because of plaintiff's failure to allege a RICO enterprise distinct from the defendant persons. The Court's decision is reported at 343 F. Supp. 2d 1024 (D. Kan. 2004). Shortly after these decisions, the case was dismissed by stipulation of the parties.

*Formula1.com v. FIA* (Antitrust/Domain Name Litigation) Norm played a significant role in the Firm's representation of Formula1.com, handling the expert depositions and pre-trial expert evidentiary issues. The Formula1.com case raised timely and complex issues of trademark and antitrust law which were litigated to a settlement in January 2002.

*Shlomovitch v. Aquila* (Corporate Governance Litigation) Norm represented Aquila Inc. in defense of numerous class action lawsuits stemming from Utilicorp's tender offer for Aquila stock. The class plaintiffs generally alleged that Aquila 's board failed to take appropriate steps in response to the tender offer, and sought to block the tender offer and subsequent short-form merger of the companies.

In early 2002, a Delaware Chancery Judge denied plaintiffs' claims for immediate injunctive relief, paving the way for the successful tender offer and merger of the two companies.

OTHER SIGNIFICANT CASES (LISTED BY AREA OF PRACTICE)

Trademark and Intellectual Property

Since starting in private practice, Norm has successfully litigated several cases involving trademark rights, claims of product disparagement and domain disputes.

In *Joannou v. Lincoln Hockey LLC*, et al., Norm represented a Washington D.C. area artist in a lawsuit against the owners of the Washington Capitals, a National Hockey League team, for copyright infringement. The lawsuit alleged that defendants copied and misappropriated the plaintiff's copyrighted logo designs throughout all forms of media and merchandising. This matter has been settled to the mutual satisfaction of the parties.

In *IGA v. Home Town Grocers* Norm represented Home Town Grocers against allegations that Home Town Grocers had violated IGA's "Home Town Proud" trademark. After winning at the preliminary injunction stage, Norm was able to procure a successful settlement, allowing Home Town Grocers to maintain its name.

Norm acted as plaintiff's counsel in *Hoechst v. Schering Plough*, a Lanham Act case in which Hoechst alleged that Schering Plough disparaged Hoechst's Allegra brand of non-sedating antihistamine in an effort to promote its own brand, Claritin. Norm handled several witnesses at the preliminary injunction hearing and helped force Schering Plough to change the way it promoted its drugs as part of a favorable settlement.

In *Primedia Intertec Corp. v. TMC*, 35 F. Supp. 2d 809 (D. Kan. 1998), Norm successfully defended Technology Marketing Corporation in a dispute with Primedia. Primedia had alleged that TMC infringed on its "Telephony" trademark by producing a publication entitled "Internet Telephony." Norm handled all aspects of trial preparation and obtained a favorable settlement when he was successful in excluding Primedia's experts on Daubert grounds.

In *Chemidex v. Chemd*ex, Norm acted as lead counsel for Chemidex, a small Internet start-up at the time, in its trademark infringement suit against Chemdex, a leading business-to-business Internet site serving

the life sciences industry. Norm handled all witnesses and argument at the preliminary injunction hearing, and his performance there forced a favorable settlement. Chemdex has since changed its name to Ventro.

Racketeering Influenced and Corrupt Organizations Act

Norm has the rare distinction of prosecuting and defending two of the largest cases brought in Missouri under the federal racketeering law known as RICO. While at the State of Missouri, Norm was part of a team assigned to unravel the Second Injury Fund scandal that resulted in convictions of lawyers, doctors and an administrative law judge in the Eastern District of Missouri. The subsequent civil case, *Missouri v. Roussin*, resulted in nearly $1 million in settlements with the criminal defendants - money that was returned to the citizens of Missouri. Norm also defended the largest criminal indictment ever brought in the Western District of Missouri, a RICO case brought against a former officer of the J.C. Nichols Company.

Insurance

While at Blackwell Sanders, Norm cut his teeth in the insurance industry by representing dozens of insureds in cases ranging from personal injury and medical malpractice, to trade disparagement and civil rights. When he joined Sonnenschein, he acted as lead counsel on several cases where the insurance company itself was a defendant. These cases typically involved allegations of bad faith and unfair claims practices. Several recent cases illustrate Norm's depth and successes in this area.

In *Bishop v. Empire Fire & Marine*, 47 F. Supp. 2d 1300 (D. Kan. 1999), Norm made new law in the State of Kansas regarding the standard for waiving underinsured motorist coverage. The insured had alleged that the coverage had not been waived, but Norm convinced the court otherwise, and was successful on summary judgment.

In *Tran v. Allstate*, Norm successfully defended Allstate Insurance Company against claims that company had improperly accused its insureds of violating the Kansas fraudulent insurance act. In the underlying case (where Norm was not involved), the Trans had alleged that Allstate failed to pay on their homeowner's claim following a purported robbery. Allstate counterclaimed, alleging that the Trans had falsified claim information. The Trans were successful on their claim and Allstate lost its counterclaim. Norm was retained to represent Allstate on the Trans' subsequent suit for malicious

prosecution, and was able to successfully argue that Allstate should be entitled to summary judgment.

## HONORS & RECOGNITIONS

*Chambers USA* Band 1, Litigation: Mostly Plaintiffs - Missouri

*Best Lawyers in America 2020 Mass Tort Litigation/Class Actions - Plaintiffs "Lawyer of the Year" in Kansas City, Mo.*

*Best Lawyers in America - Bet-the-Company Litigation (2025); Commercial Litigation (2014-present); Mass Tort Litigation/Class Action-Plaintiffs (2016-present); Consumer Protection Law (2017-present); Privacy and Data Security Law (2021-present)*

*Law360* 2023 MVP of the Year, Class Action

*Law360* 2020 Titans of the Plaintiffs Bar

*Law360* 2019 MVP of the Year, Cybersecurity & Privacy

*Law360* 2019 Practice Group of the Year, Cybersecurity & Privacy

*Missouri Lawyers Weekly* The POWER List: Commercial and Consumer Law (2020-2022, 2024)

*Missouri Lawyers Weekly* The Top 100 POWER List: Commercial and Consumer Law (2022)

*Missouri Lawyers Weekly* 2020 Missouri Lawyers Awards, Influential Lawyer

Missouri & Kansas *Super Lawyers*, 2006-present

- Top 100: Missouri & Kansas Super Lawyers: 2013, 2016-2021
- Top 50: Kansas City Super Lawyers: 2017
- Top 50: Kanas City Business: 2014

*Kansas City Business Journal* Best of the Bar

*AmLaw Litigation Daily* Litigator of the Week

*Lawdragon Magazine* 500 Leading Plaintiffs' Lawyers in America

*Benchmark Plaintiffs* Local Litigation Star for the State of Missouri (2013-2015)

AV Preeminent® Peer Review Rated - Martindale Hubbell

## COMMUNITY & PROFESSIONAL

Former Chairman of the Board, Healthcare Foundation of Greater Kansas City

In 2005, Attorney General (now Governor) Jay Nixon appointed Norm to serve on the Community Advisory Committee of the $450 million Healthcare Foundation of Greater Kansas City. Norm served as Chair of the CAC before being elected to the Board of Directors of the Foundation in 2008. While serving on the Board, Norm served as Vice-Chairman, and in 2009 was elected to serve as Chairman of the Board.

Board Member, Kansas City Metropolitan Bar Foundation

Cy Pres Committee, Legal Aid of Western Missouri

Rule 45 Subcommittee, Federal Rules Committee

## EDUCATION

**Washington University School of Law, J.D.**

- Law Journal: Washington University Journal of Urban Contemporary Law, Articles Editor

**Tufts University, B.A.**

- Major: Political Science

## ADMISSIONS

Missouri

U.S. District Court Western District of Missouri

U.S. District Court Eastern District of Missouri

U.S. District Court District of Kansas

U.S. Court of Appeals 1st Circuit

U.S. Court of Appeals 2nd Circuit

U.S. Court of Appeals 3rd Circuit

U.S. Court of Appeals 4th Circuit

U.S. Court of Appeals 5th Circuit

U.S Court of Appeals 7th Circuit

U.S. Court of Appeals 8th Circuit

U.S. Court of Appeals 9th Circuit

U.S. Court of Appeals 10th Circuit

U.S. Court of Appeals 11th Circuit

United States Supreme Court

# BARRETT J. VAHLE

## PARTNER



T 816.714.7132
vahle@stuevesiegel.com

Barrett Vahle represents consumers and companies in complex litigation; he pursues resolutions for clients through trial, arbitration, mediation, and settlement. Recognized for years as a "Super Lawyer," Barrett focuses his practice on a wide range of consumer class actions involving data breaches, privacy issues, banking and insurance practices, and unfair practices in the sales and marketing of consumer goods. He also represents businesses in commercial disputes against their suppliers and contractors.

**Data Privacy.** Barrett is among the country's most experienced attorneys in data privacy and cybersecurity litigation. He has played a key role representing consumers in many of the nation's largest data breach class actions, including multidistrict litigation against Equifax, Capital One, and T-Mobile. Barrett served as co-lead consumer counsel in multidistrict litigation against Home Depot after a 2014 data breach exposed payment card information for 50 million shoppers. The settlement set the standard for resolution of data breach cases, including payment of a cash fund, credit monitoring and identity theft protection for class members, and improvements in the company's data security practices. In addition to his work in large MDLs, Barrett has been appointed as consumer class counsel in numerous other cases involving data privacy issues.

**Consumer Class Actions.** Barrett serves in leadership roles in other high-profile consumer class actions. He played a key role in obtaining a Missouri Lawyers Largest Plaintiff's Settlement in a consumer MDL involving sales of pre-filled propane tanks, and one of the largest settlements in Missouri history against Merck & Co. for its sales and marketing of the drug Vioxx. He is most proud of securing $30 million in settlements on behalf of bank debit-card customers who alleged unfair overdraft fees.

Barrett credits his two federal clerkships – one with Judge Duane Benton of the U.S. Court of Appeals for the Eighth Circuit, one with Judge Dean Whipple of the U.S. District Court for the Western District of Missouri – for honing his legal writing and providing first-hand perspective on the federal court process. He credits his childhood on a Missouri family farm for teaching him the value of hard work.

**Commercial Disputes.** Barrett advocates for businesses in a wide range of contingency litigation matters, including antitrust and unfair competition, breach of contract, breach of fiduciary duty, and fraud. Before joining Stueve Siegel Hanson in 2009, Barrett worked at Sonnenschein Nath & Rosenthal LLP, now known as Dentons, where his litigation practice focused on complex commercial, trade secret, non-compete, white-collar criminal defense and appellate matters.

Barrett is committed to understanding each client's business context; on one significant matter, Barrett spent weeks on-site at a client's facility, where he learned the company's systems and worked alongside senior management, auditors, and accountants. This experience provided him with significant business context, a complement to his legal training.

**Selected Data Breach and Privacy Litigation**

*In re: Equifax, Inc., Customer Data Security Breach Litig*. (N.D. Ga.) – Norman Siegel was appointed as co-lead counsel in multidistrict litigation against Equifax following its massive data breach impacting 147 million Americans. In December 2019, the Court granted final approval to a historic settlement that includes up to $505.5 million in cash benefits and requires Equifax to spend at least $1 billion upgrading its data security. In addition to extensive work on the settlement, Barrett served as the lead drafter of the consolidated complaint and successful opposition to Equifax's motion to dismiss.

*In re: Capital One Consumer Data Security Breach Litig.* (E.D. Va.) – Norman Siegel was appointed as co-lead counsel in multidistrict litigation against Capital One following a data breach involving 98 million U.S. residents who applied for credit card products. On September 13, 2022, the Hon. Anthony J. Trenga granted final approval to an "outstanding" settlement that includes a non-reversionary $190 million cash settlement fund "in a case with a significant level of risk." Barrett worked on all aspects of the litigation and settlement.

*In re: Home Depot Customer Data Security Breach Litig*. (N.D. Ga.) – Barrett served as plaintiffs' co-lead counsel and participated in all aspects of this MDL including negotiations resulting in a settlement that provided a multimillion-dollar cash fund, identity theft protection, and injunctive relief to the settlement class.

*CareCentrix Data Breach Litig*. (D. Kan.) – Barrett served as lead and settlement class counsel in this phishing case compromising the social security numbers of thousands of CareCentrix employees. The case

was settled in December 2017 and included automatic cash payments to class members with fraudulent tax returns, believed to be the first data breach settlement to include this feature.

*In re: Dominion Dental Services USA, Inc. Data Breach Litig.* (E.D. Va.) – Barrett served as plaintiffs' co-lead and settlement class counsel in this case against a leading insurer and administrator of dental and vision benefits. The plaintiffs alleged that Dominion suffered a data breach whereby the sensitive personal, financial, and medical information of health plan members was accessed as part of an ongoing, nine-year long data breach. The Court approved a class settlement in 2021.

*Johnson v. LifeBridge Health, Inc*. (Cir. Ct. Balt. City, Md.) – Barrett was lead counsel in a class action against LifeBridge Health after a data breach exposed the names, addresses, dates of birth, medication details, diagnoses, insurance data, clinical and treatment information, and in some cases, social security numbers of more than 530,000 LifeBridge patients. The case was resolved through a class settlement approved in 2022.

*Heeger v. Meta Platforms, Inc.* (N.D. Cal.) – Barrett was co-lead and class counsel in a class action alleging that Facebook's location tracking practices violated users' right to privacy and intruded on their personal affairs without consent. The parties reached a $37.5 million class settlement in 2023.

**Selected Consumer Fraud Litigation**

*Plubell, et al. v. Merck & Co., Inc.* (Cir. Ct. Jackson County, Mo.) – Barrett, along with other Stueve Siegel Hanson attorneys, prosecuted a Missouri statewide class action on behalf of all Missouri purchasers of Vioxx, the Cox-2 pain reliever that Merck pulled off the market after the FDA identified several misleading sales practices. After the firm defeated an interlocutory appeal, the case was certified as a class action and set for trial. On the eve of trial, the firm reached a settlement making available to the class $220 million in cash compensation.

*In re: Pre-Filled Propane Tank Marketing and Sales Practices Litig.* (W.D. Mo.) – Barrett was a member of the team that prosecuted this multidistrict litigation related to underfilled propane tanks in the Western District of Missouri. Plaintiffs generally alleged that Defendants AmeriGas and Ferrellgas conspired to reduce the amount of propane sold in replacement barbeque-type propane cylinders but continued to sell the cylinders as "full." More than 15 cases were filed

around the country and eventually consolidated by the Judicial Panel on Multidistrict Litigation. In 2010, the Court approved a class action settlement between plaintiffs and AmeriGas for $10 million, and appointed Stueve Siegel Hanson as settlement class counsel. In 2012, the Court approved a class action settlement of $25 million between plaintiffs and Ferrellgas.

*Allen, et al. v. UMB Bank, et al.* (Cir. Ct. Jackson County, Mo.) – Barrett and Patrick Stueve successfully negotiated a $7.8 million settlement of a class action lawsuit against UMB Bank and its affiliated entities for overdraft fees charged to customers. The lawsuit alleged that these practices violated Missouri's consumer protection laws and UMB's contracts with its customers.

*Eaton v. Bank of Oklahoma, N.A.* (Dist. Ct. Tulsa County, Okla.) – Barrett and Patrick Stueve secured a $19 million settlement in a class action lawsuit against Bank of Oklahoma for overdraft fees charged to customers.

*Molina v. Intrust Bank, N.A.* (Dist. Ct., Sedgwick County, Kan.) – In 2012, Barrett successfully obtained a $2.7 million settlement for plaintiffs in a class action lawsuit against Intrust Bank and its affiliates for overdraft fees assessed by the bank to their customers.

**Selected Business Contingency Litigation**

*Associated Wholesale Grocers, Inc., et al. v. United Egg Producers, et al.* (Dist. Ct. Wyandotte County, Kan.) – Barrett represented Associated Wholesale Grocers, Inc., and local grocery stores in an antitrust lawsuit against numerous egg producers and egg industry trade groups for artificial inflation of egg prices. The lawsuit alleged that defendants engaged in a conspiracy designed to increase the price of eggs in violation of the Kansas Restraint of Trade Act. After nearly four years of litigation, Stueve Siegel Hanson successfully resolved this case in 2014.

*In re Eclipse Aviation Depositor Litig.* (Dist. Ct. Bernalillo County, N.M.) – Barrett represented businesses and individuals seeking the return of hundreds of millions of dollars of aircraft deposits based on negligent misrepresentations. This extensive New Mexico litigation resulted in substantial confidential settlements.

*Crossroads Wireless Litig.* (Cir. Ct. Jackson County, Mo.) – Barrett was part of the team that successfully litigated this securities case against investment bankers and brokers for statutory and common law fraud. The firm represented more than a dozen independent telephone

companies and not-for-profit co-ops in Missouri, Kansas, Nebraska and Kentucky seeking to recover nearly $40 million they invested in the now-defunct Crossroads Wireless project. Defendants in the case included investment banks Brown Brothers Harriman and George K. Baum. A confidential settlement was reached on behalf of the telephone companies.

**Selected Criminal Defense**

While at Sonnenschein Nath & Rosenthal LLP (now Dentons), Barrett devoted a significant portion of his practice to criminal defense and post-conviction relief work, including:

*United States v. Kathryn Shields, et al.* (W.D. Mo. 2007) – With his mentor Curtis E. Woods, Barrett prepared and defended a one-month jury trial of a criminal mortgage fraud conspiracy case. Both of their clients were acquitted of all charges. Nine other defendants were either convicted at trial or pleaded guilty and cooperated with the government.

*Kenneth Glenn Thomas v. Allen* (N.D. Ala.) – With Jerome T. Wolf, Barrett investigated, prepared, and second-chaired a bench trial seeking a writ of habeas corpus, presenting evidence that their client was ineligible for execution by the State of Alabama because he was mentally retarded as defined in *Atkins v. Virginia*, 122 S. Ct. 2242 (2002). Barrett drafted the post-trial briefs. District Judge C. Lynwood Smith, Jr.'s landmark decision vacating the death sentence, 614 F. Supp. 2d 1257 (N.D. Ala. 2009), was upheld on appeal, 607 F.3d 749 (11th Cir. 2010).

**Publications and Professional Presentations**

Duane Benton and Barrett J. Vahle, The Burger-Blackmun Relationship: Lessons for Collegiality from the Blackmun Papers, 70 Mo. L. Rev. 995 (2005)

Securing Data-Breach Claims, Co-Author, Trial Magazine (2015)

KCMBA, *Business Litigation Handbook*, Punitive Damages in Kansas and Missouri (2017)

Faculty, AAJ Education's Highlights and Strategies in Data Breach Litigation (2015)

Faculty, Tips from Experts: Navigating the Pros and Cons of Arbitration (2015)

Faculty, Scientific Evidence in Federal Litigation (2016)

## HONORS & RECOGNITIONS

*The Best Lawyers in America:* Commercial Litigation, Mass Tort Litigation / Class Actions - Plaintiffs, 2021-2023

Missouri & Kansas *Super Lawyers*, 2013-2022

Missouri Lawyers Weekly "Up and Coming Lawyer," 2018

## EDUCATION

**University of Missouri School of Law**

J.D., *cum laude*, 2004

- Honors: Judge Shepard Barclay Prize
- Honors: Order of the Coif
- Law Review: Missouri Law Review, Editor-in-Chief
- Chair, Student Honor Code Committee

**University of Missouri**

B.S., Fisheries and Wildlife, *magna cum laude*, 2001

## ADMISSIONS

Missouri, 2004

U.S. District Court, Western District of Missouri

U.S. District Court, District of Kansas

U.S Court of Appeals, 3rd Circuit

U.S. Court of Appeals, 4th Circuit

U.S. Court of Appeals, 8th Circuit

U.S. Court of Appeals, 9th Circuit

U.S. Court of Appeals, 10th Circuit

U.S. Court of Appeals, 11th Circuit

# J. AUSTIN MOORE

## PARTNER



T 816.714.7105
moore@stuevesiegel.com

Austin Moore litigates high-stakes cases. He practices in state and federal courts across the country and regularly takes on major corporations in nationwide class actions. Over the last decade, Austin has recovered hundreds of millions of dollars for consumers and victims of personal injuries.

The *National Law Journal* recently selected Austin as one of the "Rising Stars of the Plaintiff Bar" in its Elite Trial Lawyers Awards. Austin has also been recognized by *Law360* as one of the "Top Attorneys Under 40" in the country, named a "Rising Star" in class action law by *Super Lawyers*, and honored as an "Up and Coming Lawyer" by *Missouri Lawyers Weekly*.

Austin focuses his practice on three primary practice areas:

**Data Breach and Privacy Litigation.** Austin is a national leader in data breach and privacy cases. He has played key roles representing consumers in many of the nation's largest data breach class actions, including lawsuits against T-Mobile, Target, the Home Depot, Anthem Insurance, Equifax, and Marriott. Austin's recent successes include:

- Co-lead counsel in $2.3 million settlement on behalf of employees of Citrix
- Co-lead counsel in $3.25 million settlement on behalf of optometrists
- Member of leadership teams that achieved the historic $1.5 billion Equifax settlement and $500 million T-Mobile data breach settlement

Austin has also served as appellate counsel in multiple precedent-setting data breach cases addressing Article III injury. He is the past president of the Data Breach and Privacy section of the American Association for Justice and currently serves as a member of the Sedona Conference working groups on Data Security and Privacy Liability and HIPAA.

**Consumer Class Actions and Employee Collective Actions.** Austin represents consumers and employees who have been harmed by corporate misconduct, including false advertising, deceptive practices, and underpaid wages. Austin's recent wins include:

- Obtaining $29 million in settlements as co-lead counsel in two pioneering cases against Experian arising out of the agency's reporting of delinquent loan accounts, resulting in one of the largest recoveries in history under the Fair Credit Reporting Act
- Co-lead counsel in a $17.5 million settlement against Kimberly-Clark relating to the sale of contaminated flushable wipes products

Austin currently represents travel nurses and other healthcare workers subjected to "bait-and-switch" pay practices by staffing agencies, as well as other forms of wage underpayment. His work on behalf of travel nurses was profiled in a *Newsweek* feature article.

**Sexual Abuse Liability.** Austin advocates for victims of sexual abuse in civil cases against their perpetrators and other negligent parties. He respects the sensitivity of these cases by working with local counseling centers and adopting a trauma-informed approach to his legal representation. Austin's recent results include:

- $8.2 million verdict for sexual assault victim who sued assailant for civil assault and battery
- $1.5 million settlement in nursing home resident sexual assault case
- Confidential settlement reached against ridesharing giant Uber after female rider was sexually assaulted by driver with criminal background
- Confidential settlements for underage female employee who was sexually assaulted by manager on premises and hospitality worker who was frequently abused by customers at work

Before joining Stueve Siegel Hanson in 2013, Austin was in private practice in St. Louis, where he primarily defended class action cases. He credits this experience with helping him understand how defense lawyers will approach a case – and helping him craft litigation strategies that secure a courtroom advantage.

## Current Cases

*Travel Nurse Unpaid Wages Litigation* - Austin represents travel nurses in actions against multiple staffing agencies for imposing "take-it-or-

leave-it" pay-rate cuts mid-contract and failing to pay proper overtime wages. He and his colleagues have already recovered millions of dollars for nurses harmed by these unlawful practices.

*Quest Diagnostics Data Breach Litigation* (District of New Jersey) - Austin is a member of the leadership team representing more than 11.5 million victims in multi-district litigation against Quest Diagnostics after its vendor, debt collector American Medical Collection Agency, suffered a massive data breach.

*Broward Health Data Breach Litigation* (Southern District of Florida) – Austin is representing more than 1.3 million patients of the Broward Health system after a data breach exposed their personal, financial, and medical information in violation of HIPAA and related state laws.

*UC San Diego Health Data Breach Litigation* (Superior Court of San Diego) – Austin is part of the leadership team appointed to represent more than 500,000 patients of the UC San Diego Health system after their financial and medical records, including treatment information, laboratory results, and medical diagnoses, were stolen by hackers in violation of HIPAA and related state laws.

*Marriott Data Breach Litigation* (District of Maryland) – Austin is working with lead counsel representing consumers multi-district litigation against Marriott and Starwood Hotels following a four-year long data breach compromising 383 million guest records. Austin is part of the briefing teams that achieved favorable rulings on the motions to dismiss and class certification.

## Recent Litigation Highlights (Privacy and Consumer Class Actions)

*T-Mobile Data Breach Litigation* (Western District of Missouri) – Austin is a member of the leadership team representing consumers multi-district litigation against T-Mobile after a massive data breach affecting 77 million current, former, and potential customers. In June 2023, the court granted final approval to a $500 million settlement on behalf of victims.

*Kimberly-Clark Flushable Wipes Litigation* (Northern District of Texas) – Austin served as co-lead counsel in class action lawsuit against Kimberly-Clark, owner of toilet paper brand Cottonelle, after a harmful bacteria was detected in its flushable wipes products. On March 14, 2024, the court granted final approval to a settlement providing up to

$17.5 million in cash reimbursements and extensive other classwide relief.

*Mediant Data Breach Litigation* (Southern District of New York) - Austin was appointed as co-lead counsel in this case resulting from a data breach that compromised the Social Security numbers, Tax IDs, bank accounts, and securities holdings information of more than 220,000 investors. In January 2023, a federal judge granted final approval to a settlement that provides extensive relief for victims.

*Ring Privacy Litigation* (Central District of California) - Austin successfully represented multiple families whose indoor Ring camera devices were hacked allowing them to be spied on and harassed inside their own homes. The cases asserted that Ring knowingly failed to implement basic security protocols to prevent the unauthorized access, including two-factor identification and alerts of suspicious log-ins.

*OPM Data Breach Litigation* (District of Columbia) – Austin represented government employees and contractors against the U.S. Office of Personnel Management (OPM) for a data breach affecting 21.5 million individuals. Following a successful appeal in the D.C. Circuit, the court granted final approval to a $63 million settlement on behalf of victims with claims under the Privacy Act in October 2022.

*Equifax Data Breach Litigation* (Northern District of Georgia) – Austin worked alongside co-lead counsel Norman Siegel representing consumers in multi-district litigation against Equifax following its massive data breach impacting 147 million Americans. In December 2019, the Court granted final approval to a historic settlement that includes up to $505.5 million in cash benefits and requires Equifax to spend at least $1 billion upgrading its security over the next five years.

*Experian FCRA Litigation* (Central District of California) – Austin was appointed as class counsel in two cases that resulted in settlements totaling $29 million against credit reporting agency Experian arising out of the agency’s reporting of delinquent loan accounts. Austin led all aspects of the cases including devising the novel case theory, conducting fact and expert discovery, and briefing and arguing substantive motions, including a successful motion for class certification and three fully-briefed appeals.

*Citrix Data Breach Litigation* (Southern District of Florida) – Austin was appointed as co-lead counsel in consolidated litigation against technology company Citrix, Inc. after the company suffered a 5-month data breach affecting nearly 24,000 current and former employees. In

June 2021, the court approved a $2.3 million settlement that offers an array of benefits to class members.

*NBEO Data Breach Lawsuit* (District of Maryland) – Austin was appointed as class counsel on behalf of optometrists who had their personal information compromised by the national optometry board. Following nearly three years of litigation that included a successful appeal, the court approved an "outstanding" $3.25 million settlement.

*Anthem Data Breach Litigation* (Northern District of California) – In August 2018, a federal district court granted final approval of a $115 million settlement to consumers whose personal information was hacked from Anthem Blue Cross/Blue Shield insurance companies. Austin was responsible for overseeing the plaintiff vetting and selection process and subsequent plaintiff discovery efforts.

*Home Depot Data Breach Litigation* (Northern District of Georgia) – Austin was a key member of the leadership group appointed to represent consumers in multi-district litigation against the Home Depot following a massive data breach affecting more than 60 million consumers. In August 2016, the court approved a final settlement valued at over $29 million. Austin chaired the team of attorneys tasked with investigating the case and handling all substantive briefing in the litigation.

*Target Data Breach Litigation* (District of Minnesota) – Austin was a member of the leadership team appointed to represent a class of consumers in multi-district litigation against Target over its massive 2013 data breach affecting more than 40 million consumers. In June 2018, the Eighth Circuit affirmed approval of a settlement valued at $23 million that provided for $10 million in cash payments to class members. Austin led nationwide plaintiff vetting and discovery efforts in the litigation.

## Recent Litigation Highlights (Sexual Abuse Cases)

*$8.2 Million Verdict for Sexual Assault Victim* – Austin served as trial counsel on behalf of a sexual assault victim who sued her assailant for civil assault and battery. On June 14, 2019, a Jackson County, Missouri judge awarded the victim more than $8.2 million in damages that included $7.2 million in economic and non-economic damages for her

“serious and permanent physical, emotional and personal injuries” and an additional $1 million in punitive damages.

*$1.5 Million Settlement for Nursing Home Victim* - Austin obtained a $1.5 million settlement on behalf of a client who was sexually assaulted at a nursing home by another resident. The confidential settlement was reached on the eve of trial following extensive fact and expert discovery.

*Confidential Sexual Assault Settlement* – Austin represented a female employee against her employer after suffering frequent sexual harassment and abuse from customers while on the job. Following an extensive investigation, Austin was able to negotiate a confidential seven-figure settlement for his client.

*Confidential Sexual Assault Settlement* – Austin represented an underage female employee after she was sexually assaulted by her male manager at work and in the course of her employment. After filing a complaint with the U.S. Equal Employment Opportunity Commission, the parties were able to reach a confidential settlement that received final court approval in May 2019.

*Uber Sexual Assault Lawsuit* (Jackson County, Missouri) – Austin filed a lawsuit against Uber on behalf of a young woman who was raped by her Uber driver. An investigation revealed that prior to the assault, the driver had been convicted of attempted murder and sentenced to 16 years in prison and other women had complained to Uber about the driver’s assaultive and harassing conduct. After more than 18 months of hard-fought litigation, the case was resolved to the mutual satisfaction of the parties in February 2019.

## Appellate Litigation

*Clemens v. ExecuPharm Inc.*, 48 F.4th 146 (3d Cir. 2022) - Austin briefed and argued this appeal which resulted in the unanimous reversal of the dismissal of data breach class action for lack of Article III standing to sue and clarified the contours of data breach "injury" within the circuit.

*Reyes v. Experian*, 856 Fed.Appx. 108 (9th Cir. 2021) – Obtained reversal of trial court’s reduction of attorneys’ fee award where judge who ruled on fees did not preside over litigation and “settlement was the largest Experian has ever agreed to in a case under the Fair Credit Reporting Act.”

*Reyes v. Experian*,773 F. App'x 882 (9th Cir. 2019) – Obtained reversal of trial court's decision to grant summary judgment in favor of Experian in a class action under the Fair Credit Reporting Act, finding novel theory of liability should be weighed by jury.

*Hutton v. National Board of Examiners in Optometry*, 892 F.3d 613 (4th Cir. 2018) – Obtained reversal of trial court's dismissal of data breach class action for lack of Article IIII standing against national optometry board that denied responsibility for breach.

*Moss v. First Premier Bank*, 835 F. 3d 260 (2d. Cir. 2016) – Austin briefed and argued an appeal addressing whether Federal Arbitration Act permits appointment of a substitute arbitrator where the contractually-designated arbitrator declines to hear the case. In a published opinion, the Second Circuit affirmed district court's decision to deny arbitration.

*Parm v. National Bank of California*, 835 F. 3d 1331 (11th Cir. 2016) – Obtained affirmance of district court's order declining to enforce tribal arbitration agreement because it required arbitration before "an illusory and unavailable arbitral forum."

*Flagg v. First Premier Bank*, No. 15-14052 (11th Cir. 2016) – Obtained affirmance of district court's order denying arbitration where the arbitrator designated in agreement stopped accepting consumer arbitration claims.

*Affordable Communities of Missouri v. Fannie Mae,* 714 F.3d 1069 (8th Cir. 2013) – Obtained reversal of trial court's dismissal of breach of contract claim on behalf of a real estate developer alleging that Fannie Mae subjected it to wrongful loan pre-payment penalties.

## Publications

Resale Price Maintenance After *Leegin*: Why Treating Vertical Price-Fixing as "Inherently Suspect" Is the Only Viable Alternative to the Traditional Rule of Reason, 36 Wash. U. J.L. & Pol'y 289.

### HONORS & RECOGNITIONS

Best Lawyers in America: Commercial Litigation and Personal Injury Litigation: Plaintiffs (2025, 2026)

The National Law Journal Elite Trial Lawyers Awards "Rising Star of the Plaintiff Bar" (2023)

Law360 Cybersecurity & Privacy Group of the Year (2020, 2023)

Law360 "Rising Star" in Cybersecurity and Privacy Law (2019)

Super Lawyers Missouri & Kansas "Rising Star" in Class Action Litigation (2015-2025)

Missouri Lawyers Weekly "Top 5 Judgments or Bench Awards" (2019)

Missouri Lawyers Weekly "Up & Coming Lawyer" (2016)

## COMMUNITY & PROFESSIONAL

The Missouri Bar

Illinois State Bar Association

Kansas City Metropolitan Bar Association (KCMBA)

KCMBA Federal Courts Advocates Section, CLE Committee Chair and Jr. Member at Large (2016-2023)

Lawyers Encouraging Academic Performance (LEAP) for Operation Breakthrough

KCMBA Military Matters providing pro bono legal services to military veterans

Missouri Association of Trial Attorneys (MATA)

American Association for Justice (AAJ), Past President of Data Breach and Privacy Section

Member of Sedona Conference Working Groups on Data Security and Privacy Liability and HIPAA

## EDUCATION

**Washington University School of Law in St. Louis, J.D.**

- Recipient of Mary Collier Hitchcock Prize, awarded to one student annually for outstanding legal writing
- CALI Award for Excellence in Legal Practice II: Advocacy

- Law Review: Washington University Journal of Law & Policy, Associate Editor

**University of Mississippi, B.A.**

Political Science, *summa cum laude*

- Honors: Phi Beta Kappa; Phi Kappa Phi

## ADMISSIONS

Missouri State Bar

Illinois State Bar

U.S. District Court for the District of Kansas

U.S. District Court for the Eastern District of Missouri

U.S. District Court for the Western District of Missouri

U.S. District Court for the Southern District of Illinois

U.S. Court of Appeals for the 2nd Circuit

U.S. Court of Appeals for the 3rd Circuit

U.S. Court of Appeals for the 4th Circuit

U.S. Court of Appeals for the 8th Circuit

U.S. Court of Appeals for the 9th Circuit

U.S. Court of Appeals for the 11th Circuit

# LINDSAY TODD PERKINS

## PARTNER



T 816.714.7143
perkins@stuevesiegel.com

Lindsay Todd Perkins focuses her practice on legal writing and oral advocacy. Recognized as a 2020 "Rising Star" by *Law360,* an "Up and Coming" attorney by *Missouri Lawyers Media* and named a Missouri & Kansas "Super Lawyer" since 2022, Lindsay develops strategies and arguments for briefings to the court; interprets laws, rulings and regulations; drafts complaints, memoranda, and appellate briefs; and argues appeals before federal and state appellate courts and case dispositive motions before trial courts.

In one recent matter, Lindsay served on the trial team in *Karr v. Kansas City Life Insurance Co.*, a class-action lawsuit in the 16th Circuit Court of Jackson County, Missouri that alleged the insurance company overcharged its policyholders for the cost of insurance for decades. The case resulted in a $28.36 million jury verdict after just two hours of jury deliberations. Lindsay prepared the post-trial and appellate briefing and argued the appeal before the Missouri Court of Appeals, which affirmed the jury verdict and awarded prejudgment interest, bringing the total judgment to over $48 million for the class of approximately 8,000 policyholders.

Lindsay was also on the trial team in another recent matter in Missouri state court, *Sheldon v. Kansas City Life Insurance Co.*, where she represented over 500 policyholders to obtain a jury verdict for the full amount requested, over $4 million, for Kansas City Life's cost of insurance overcharges.

In another case, *Vogt v. State Farm Life Insurance Co.*, Lindsay represented a class of State Farm Life Insurance policyholders in the U.S. District Court for the Western District of Missouri alleging the insurance company overcharged its policyholders for the cost of insurance for over 20 years. The case resulted in a verdict of over $34 million. Lindsay prepared the post-trial and appellate briefing, and the Eighth Circuit Court of Appeals affirmed the judgment and awarded prejudgment interest of over $5 million.

Lindsay has also successfully briefed and argued motions for class certification and summary judgment, many times ultimately leading to substantial settlements in class actions alleging cost of insurance overcharges, including nationwide settlements in cases against State Farm Life Insurance Company, USAA Life Insurance Company, John

Hancock Life Insurance Company, and The Lincoln National Life Insurance Company.

Lindsay also focuses a significant portion of her practice on data and privacy litigation, taking a lead role in preparing the pleadings and briefing in cases against Capital One, Marriott, and the National Board of Examiners in Optometry, among others. In the case against Capital One, Lindsay was the lead presenter at a multi-hour hearing on the parties' summary judgment motions. The case ultimately settled for $190 million.

Lindsay honed her legal writing and analysis during two clerkships after law school; she served as a law clerk for Judge Duane Benton of the U.S. Court of Appeals for the Eighth Circuit and Judge Ortrie Smith of the U.S. District Court for the Western District of Missouri. She credits this experience with building her understanding of the inner-workings of the court and the most persuasive arguments.

Prior to joining Stueve Siegel Hanson, she practiced commercial and employment litigation at Spencer Fane LLP.

Lindsay is a former president of the Lawyers Association of Kansas City. When she isn't working, Lindsay is spending time with her husband and three children and coaching their soccer teams.

Over the past 10 years, Lindsay has successfully represented a variety of clients in complex civil lawsuits at both the trial court and appellate levels in courts across the country. She has defended and/or prosecuted claims in the areas of business litigation, employment, and class actions.

**Examples of Recent Cases**

Lindsay served on the trial team in *Karr v. Kansas City Life Insurance Co., 1916-CV26645,* a class action lawsuit filed on behalf of more than 8,000 current and former Missouri policy owners for overcharges to the cash values of universal life insurance products issued by Kansas City Life. In December 2022, after two hours of deliberations, a unanimous Jackson County, Missouri jury awarded $28.4 million to the class. The jury awarded full damages on all three counts of breach of contract, which alleged Kansas City Life systematically overcharged the class of policyholders over the past 30 years.

Lindsay represents numerous policyholders in federal and state courts across the country against a variety of life insurance companies. For

example, in *Vogt v. State Farm Life Insurance Company*, Lindsay sued State Farm on behalf of a policy owner claiming State Farm was impermissibly draining his life insurance account with improper deductions. The case went to trial and the jury returned a verdict in favor of Lindsay's client and the class of Missouri State Farm policyholders in the amount of $34,333,495.81 which was affirmed on appeal.

Lindsay drafted the class certification briefing in *Spegele v. USAA Life Insurance Company*, a class action alleging that USAA overcharged policy owners by including unauthorized charges in its cost of insurance charge in violation of the contract. In 2020, the U.S. District Court for the Western District of Texas certified a nationwide class of over 70,000 policy owners, and the lawsuit settled soon thereafter for $90 million.

Additionally, in *Larson v. John Hancock Life Insurance Company (U.S.A.)*, pending in the Superior Court for the State of California in Alameda County, Lindsay represented a policyholder who bought a policy from John Hancock Life Insurance Company. In essence, the lawsuit alleged that John Hancock breached the life insurance policy by deducting funds from the policyholder's account that were not authorized by the policy. In January 2018, the parties settled the lawsuit for $59,750,000. On May 8, 2018, the court approved the settlement after the final fairness hearing.

Lindsay also represents consumers whose personal information was compromised in corporate data breaches. For example, in *Hutton v. National Board of Examiners in Optometry*, filed in the District of Maryland, Lindsay worked on behalf of more than 61,000 optometrists who had their personal information compromised by the national optometry board. Following nearly three years of litigation that included a successful appeal to the Fourth Circuit, the Court approved an "outstanding" $3.25 million settlement which permits class members to receive, among other benefits, $1,000 for self-certified time spent dealing with the breach, believed to be the most in any data breach settlement in history.

She was part of the team litigating claims stemming from a data breach Capital One announced in July 2019 that compromised the confidential information of nearly 100 million credit applicants. In the case*, In Re: Capital One Customer Data Security Litigation,* Lindsay was the lead presenter at a multi-hour hearing on the parties' summary judgment motions. The case ultimately settled for $190 million.

Additionally, Lindsay represents consumers in multi-district litigation against Marriott and Starwood Hotels following a four-year long data breach that resulted in the unauthorized access of 383 million guest records including nearly 24 million passport numbers. Lindsay is on the team taking a lead role in preparing the substantive briefing in the litigation.

## RESULTS

$9.5 Million Awarded to Kansas City Life Insurance Policy Owners

## HONORS & RECOGNITIONS

*Missouri Lawyers Media* Appellate POWER List, 2025

*Law360* "Rising Star" in Cybersecurity and Privacy Law, 2020

*Missouri Lawyers Media* Up & Coming, 2020

Missouri & Kansas *Super Lawyer* in Class Action/Mass Torts: Plaintiff and Business Litigation, 2022 to present

Missouri & Kansas *Super Lawyers* - Rising Star-Business Litigation, 2012-2021

*Missouri Lawyers Media* No. 4 Top Plaintiffs' Verdict of 2022 for $28.36 million awarded in *Karr v. Kansas City Life Insurance Company*

*Missouri Lawyers Media* No. 4 Top Plaintiffs' Verdict of 2018 for $34.3 million awarded in *Vogt v. State Farm Life Insurance Co.*

American Registry's Top Attorneys - Missouri & Kansas' Outstanding Young Lawyers, 2012

KC Magazine's Top Attorneys - Rising Star in Kansas, 2012

## COMMUNITY & PROFESSIONAL

Youth soccer coach

Lawyers Association of Kansas City – Board of Directors – President 2019-2020

## EDUCATION

**University of Missouri-Kansas City School of Law**

J.D., *summa cum laude*, 2007

**University of Central Missouri**

MBA, *summa cum laude,* 2004

**Avila University**

B. A., *summa cum laude*, 2002

## ADMISSIONS

Kansas
Missouri
U.S. District Court for the District of Kansas
U.S. District Court for the Western District of Missouri
U.S. Court of Appeals for the 8th Circuit
U.S. Court of Appeals for the 10th Circuit

# JILLIAN R. DENT

## PARTNER



T 816.714.7142
dent@stuevesiegel.com

Jillian Dent represents individuals in consumer, privacy, and products class-action litigation. As a former corporate defense attorney and judicial law clerk, she brings a well-rounded litigation acumen to her cases; clients benefit from her ability to assess cases from multiple perspectives to develop and pursue the best strategic courses of action.

Among her recent results:

- In 2024, Jillian successfully represented four siblings in a $270 million high-stakes, contested estate litigation, centered around their deceased father's shares in a bank he founded; the case involved allegations that their father's attorneys and fourth wife unduly influenced him in diverting his bank shares to a trust run by the attorneys, and that he lacked capacity in making the decision to disinherit his children. The litigation involved extensive e-discovery as well as medical and financial experts. Ultimately, the Stueve Siegel Hanson team achieved a resolution that returned control of the bank shares and the estate to the siblings.
- Jillian helped secure a $190 million settlement with Capital One. The case, *In re: Capital One Consumer Data Security Breach Litigation* (E.D. Va.), stemmed from a 2019 data breach that compromised nearly 100 million credit applicants. Jillian led discovery and successfully argued, then defended on appeal, the plaintiffs' motion to compel the post-data breach forensic investigation report, which had been withheld on the basis of work product.
- Jillian managed Stueve Siegel Hanson's case against T-Mobile, *In re: T-Mobile Customer Data Security Breach Litigation* (W.D. Mo.), stemming from a 2021 data breach. Jillian was one of the primary drafters of the 338-page consolidated complaint, and negotiated the ESI Protocol and Protective Order before the case settled. The matter resolved in a $350 million settlement.

- Jillian was the case manager and led the deposition efforts in a class-action lawsuit against Lely, *Kruger et al. v. Lely North America* (D. Minn.), on behalf of dairy farmers who purchased and were dissatisfied with the company's robotic milker. Jillian led briefing efforts and took four of the five depositions of Defendant, prior to the case settling. Over 95% of the class participated in the settlement, which offered either a cash payment or a trade-in for the new robotic milker at their option. The settlement was valued at over $120 million.
- Jillian was the case manager and led the discovery and briefing efforts in a class-action lawsuit against DeLaval on behalf of dairy farmers who purchased and were dissatisfied with the company's milking system robots, *Bishop et al. v. DeLaval, Inc*. (W.D. Mo.). Jillian led the charge of fact discovery, negotiating discovery disputes, taking depositions, and arguing discovery disputes to the Court. The case settled for $55 million.

Recently, Jillian has been appointed to Plaintiffs' Steering Committees and tasked with offensive discovery in two data breach cases: *In re: HCA Healthcare, Inc. Data Security Litigation*, Case No. 3:23-cv-00684 (M.D. Tenn.) and *In re: Snowflake, Inc. Data Security Breach Litigation*, Case No. 2:24-md-03126 (D. Montana).

Prior to joining Stueve Siegel Hanson LLP, Jillian served as a judicial law clerk to Judge Duane Benton of the U.S. Court of Appeals for the Eighth Circuit – an experience which provided her with an inside look at how appellate decisions are made and what arguments prove most persuasive on appeal.

Jillian then served as a litigation associate at Sidley Austin LLP in Chicago, where she represented sophisticated clients in complex litigation, including matters involving breach of contract, business torts, breach of fiduciary duty and securities class actions. During her time at Sidley Austin, Jillian honed her skills at all stages of litigation, from dispositive motions to preparation for trial. She is experienced in discovery, and has managed large-scale document productions, written and defended against numerous motions to compel, and handled depositions, including deposing an executive and employees at a Fortune 500 company and second-chairing the two-day deposition of a Fortune 500 CEO. She also maintained an active pro bono practice, representing two clients as part of Sidley's Capital Litigation Project.

Before her time as an attorney, Jillian was a high-school teacher in Kansas City, Missouri with Teach for America; she taught 10th, 11th and 12th grade English, AP Literature, theatre arts, and creative and critical writing. She credits her experience in the classroom for her ability to think on her feet, to break down complex issues, and to craft persuasive and engaging arguments.

Jillian enjoys spending time with her husband, two children, and family and friends.

**<u>Representative Cases</u>**

***In re: the Estate of Norman C. Skalicky* (State of Minnesota, District Court, Fourth Judicial District):** Jillian was part of the team that successfully represented four siblings in a $270 million high-stakes, contested estate litigation, centered around their deceased father's shares in a bank he founded; the case involved allegations that their father's attorneys and fourth wife unduly influenced him in diverting his bank shares to a trust run by the attorneys, and that he lacked capacity in making the decision to disinherit his children. The litigation involved extensive ediscovery as well as medical and financial experts. Ultimately, the Stueve Siegel Hanson team achieved a resolution that returned control of the bank shares and the estate to the siblings.

***Bishop et al. v. DeLaval Inc.* (Western District of Missouri):** Jillian was the case manager and led the discovery and briefing efforts in a class-action lawsuit against DeLaval Inc. on behalf of dairy farmers who purchased and were dissatisfied with DeLaval's voluntarily milking system robots. The lawsuit alleged that the robots were defective and failed to perform as represented. In January 2020, the Court denied defendants' motions to dismiss, as well as defendants' motion to strike class allegations. Jillian was the primary author of the opposition to the international defendants' motion to dismiss for lack of personal jurisdiction and successfully argued plaintiffs' opposition before the Court. *See Bishop v. DeLaval Inc*., No. 5:19-CV-06129-SRB, 2020 WL 4668755 (W.D. Mo. Jan. 28, 2020). Jillian led the charge of fact discovery, negotiating discovery disputes, taking depositions, and arguing discovery disputes to the Court. The case settled for $55 million and was issued final approval in July 2022.

***In re: Capital One Consumer Data Security Breach Litigation* (Eastern District of Virginia):** Jillian was the case manager and primarily in charge of discovery efforts for the litigation stemming from the data breach Capital One announced in July 2019. She was also one of the

primary drafters of SSH's first complaint filed in July 2019, as well as the representative complaint filed in March 2020 after Norman Siegel was appointed as co-lead counsel. Jillian then led many facets of fact discovery, including briefing and arguing a number of motions to compel, negotiating custodians and search terms with both defendants, drafting and serving multiple rounds of discovery, managing a large-scale document review, and taking multiple depositions and seconding many more as part of a team that took over 40 depositions.

Of note, Jillian successfully briefed and argued plaintiffs' motion to compel the post-data breach forensic investigation report, which had been withheld on the basis of work product. She then successfully defended the Magistrate Judge's ruling that the report did not qualify for work product protection when the defendant objected under Rule 72. See *In re Capital One Consumer Data Sec. Breach Litig.*, No. 1:19MD2915 (AJT/JFA), 2020 WL 2731238, at *7 (E.D. Va. May 26, 2020), *aff'd*, No. 1:19MD2915 (AJT/JFA), 2020 WL 3470261 (E.D. Va. June 25, 2020). The case was settled for $190 million and issued final approval in September 2022.

***Kruger et al. v. Lely North America et al.* (District of Minnesota):** Jillian was the case manager and led discovery and briefing efforts in a class-action lawsuit against Lely North America. Inc. on behalf of dairy farmers who purchased and were dissatisfied with Lely's Astronaut A4 robotic milker, which Plaintiff has alleged was defective. Jillian successfully briefed and argued against the international defendants' motion to dismiss for lack of personal jurisdiction, which was denied in December 2020. Jillian negotiated document discovery and took four of the five depositions that occurred prior to settlement. A settlement that involves a cash fund of $49.75 million, with the option for farmers to receive cash or to trade in their A4 robot for a new A5 robot. Given the class participation of over 95%, the settlement was valued at over $120 million and received final approval in September 2023.

***Lundy et al. v. Meta Platforms, Inc.* (Northern District of California):** Jillian was the case manager, one of the primary authors of complaints and briefing, and led fact discovery efforts on behalf of consumers who alleged that Facebook had tracked their location despite the users turning their Location Services setting as to the Facebook application off. After the Plaintiffs prevailed over Meta's motion to dismiss in September 2021, Jillian led the negotiation of written discovery and was preparing with the team to take depositions before the parties

engaged in mediation and agreed to a settlement. The $37.5 million settlement was issued final approval in March 2024.

***In re T-Mobile Customer Data Security Breach Litig*. (Western District of Missouri):** After Norman Siegel was appointed as one of the three co-lead interim class counsel, Jillian managed the case on behalf of SSH and was one of the primary drafters of the 338-page consolidated complaint. She also negotiated the Protective Order and ESI Protocol, including arguing related issues to the Court. After the parties agreed to a settlement, Jillian was one of the drafters for the preliminary approval motion, final approval motion, and various attendant briefing, as well as assisting in overseeing the claims process. The $350 million settlement received final approval in June 2023.

**Publications**

*Missouri and the Charter School Puzzle: A Story with an Uncertain Ending*, 79 MO. L. REV. 733

## RESULTS

Robotic Milker Litigation: $122 Million Class Settlement for Lely A4 U.S. Farmers

## HONORS & RECOGNITIONS

*Missouri Lawyers Weekly* 2025 Women's Justice Awards: Litigation Practitioner

*The Best Lawyers in America: Ones to Watch:* 2023 to present

Missouri/Kansas Super Lawyers "Rising Stars": 2023 to present

*Missouri Lawyers Weekly* 2021 Up and Coming Lawyer

CALI Awards of Excellence for the Top Grade in Civil Procedure I & II, Torts, Criminal Law, Advocacy & Research, Contracts II, Constitutional Law, Complex Litigation, Jurisprudence, Estates & Trusts, and Criminal Procedure

John D. Lawson Prize for Best Work in Contracts

Judge Shepard Barclay Prize for third year student who has attained the highest standing in scholarship and moral leadership

MU Law School Foundation Prize for student with highest scholastic achievement during third year

Sidney Faber Award for Best Work in Criminal Law

William F. Fratcher Prize for Best Work in Estates and Trusts

## COMMUNITY & PROFESSIONAL

CLE Co-Chair (Western District of Missouri) for KCMBA's Federal Court Advocates Section, 2023

Served on the 2023 District of Kansas Panel to Select a Magistrate Judge

Kansas City Metropolitan Bar Association, Bar Leadership Academy 2019

## EDUCATION

**University of Missouri School of Law**
J.D., *magna cum laude*, 2015

- Honors: Order of the Coif, 11 CALI Awards of Excellence
- Law Review: Missouri Law Review, Editor in Chief

**University of Pennsylvania**
B.A., English, *summa cum laude*, 2010

- Honors: Phi Beta Kappa

## ADMISSIONS

Missouri, 2016

Illinois, 2015

U.S. District Court for the Northern District of Illinois, 2016

U.S. District Court for the Western District of Missouri, 2019

# JORDAN A. KANE

## ATTORNEY



T 816.714.7146
kane@stuevesiegel.com

Jordan Kane advocates for individuals and companies in a variety of complex litigation matters. Since joining the firm in 2022, she has represented clients in wage-and-hour, employment discrimination, antitrust, and product liability litigation.

Before joining the firm, Jordan spent three years as a general liability litigation associate at a national defense firm, focusing on commercial litigation and product liability defense. She credits the experience for gaining invaluable experience representing clients in high-stakes litigation, including case investigation, depositions, mediation, drafting and arguing motions, trial, and appeal.

Now at Stueve Siegel Hanson, Jordan's clients benefit from her thorough approach to legal research, writing and strong oral advocacy skills.

During law school, Jordan was the Editor-in-Chief of the Kansas Journal of Law and Public Policy, and an active member of the Moot Court and Mock Trial teams.

## HONORS & RECOGNITIONS

*Missouri Lawyers Media* "Up & Coming" Award, 2023

*Super Lawyers* Missouri & Kansas Rising Stars, 2023

## EDUCATION

**The University of Kansas School of Law**

J.D., 2018

- Honors: Order of the Coif, Dean's Fellow
- Samuel Mellinger Scholarship, Leadership and Service Award
- James P. Mize Trial Advocacy Award
- CALI Awards: Advanced Litigation, Administrative Law
- Texas Young Lawyers Association's National Trial Competition, Region 9 first-place mock trial team, 2018
- In-House Mock Trial Competition, best oral advocate, 2018

- Herbert Wechler National Criminal Moot Court Competition, second-place for oral advocacy, 2018
- Kansas Journal of Law and Public Policy Editor in Chief

**The University of Kansas**

B.A., Political Science

- American Mock Trial Association Regional Tournament Best Attorney award winner, 2013 and 2015
- Recipient of seven outstanding attorney awards from various mock trial invitational tournaments, 2013 to 2015

# BENJAMIN J. STUEVE

## ATTORNEY



T 816.714.7181
ben.stueve@stuevesiegel.co
m

Benjamin J. Stueve represents individuals and companies in a variety of business matters, consumer cases, and class action litigation. He has played key roles in litigation involving data breaches, insurance practices and contract disputes and has argued before the Kansas Supreme Court. He brings considerable legal writing experience that includes drafting motions to dismiss, discovery, pleadings, and a dispositive motion that succeeded in federal court.

As former defense attorney, federal law clerk and English teacher, Ben is adept at finding creative solutions in difficult situations and developing focused strategies for complex matters. He credits his experience teaching numerous grade levels in both private and public schools with forging an individual-centered approach and steadfastness while pursuing resolutions for clients.

While attending law school, Ben worked as a legal intern at Kansas Legal Services and as a judicial intern for U.S. District Court for the District of Kansas Judge Carlos Murguia. He was also a summer associate at Stinson Leonard Street LLP, now known as Stinson LLP.

After law school, Ben served as a law clerk to District Judge Stephen R. Bough of the United States District Court for the Western District of Missouri. During this time, he gained intimate exposure to an array of civil litigation matters and the inner workings of courts. Following his clerkship, he returned to Stinson as an associate in the Litigation Associates group. His time at the AmLaw 200 firm provided valuable, first-hand perspective to how defense lawyers assess cases and develop strategies.

Now at Stueve Siegel Hanson, Ben applies the valuable insights gained throughout his legal and teaching careers to effectively identify and communicate the most compelling aspects of clients' cases.

Ben is actively involved in legal community and youth organizations, including serving as the chairperson for the law student mentorship program of the Federal Bar Association Chapter for the Districts of Kansas and Western Missouri, and volunteering at Operation Breakthrough as a member of Lawyers Encouraging Academic Performance (LEAP).

Outside of his practice, Ben enjoys spending time with his wife and three young children, including coaching his daughter's T-Ball team and passing on his Eagle Scout experience as a cub scout leader in his son's pack.

## COMMUNITY & PROFESSIONAL

**Federal Bar Association, Kansas and Western District of Missouri Chapter**

Law Student Mentorship Program Chairperson

**Kansas City Metropolitan Bar Association**

Ross T. Roberts Trial Academy

## EDUCATION

**University of Kansas School of Law**

J.D., 2018

- Order of the Coif
- CALI Excellence for the Future Awards for Property, Jurisprudence, Federal Courts & the Federal System
- Law Review: Kansas Journal of Law and Public Policy, Staff Editor, Publication Editor

**Avila University**

M.A., Education, 2012

- Graduate Teacher Certification

**Saint Louis University**

B.A., English, 2007

- Certificate in Business Administration

## ADMISSIONS

Missouri
Kansas
U.S. District Court Western District of Missouri
U.S. District Court District of Kansas

# STEFON J. DAVID
## ATTORNEY



T 816.714.7125
david@stuevesiegel.com

Stefon David applies his experience as a former defense attorney to advocate for individuals and businesses in a variety of high-stakes commercial and class action litigation.

Prior to joining the firm, Stefon served as an associate at Shook, Hardy & Bacon, where he worked on a broad range of high-exposure, high-stakes matters including product liability, intellectual property, medical device, consumer protection, commercial and automotive cases.

While there, Stefon was part of the teams that litigated three civil jury trials (including two to verdict) – securing one defense verdict and one favorable settlement before closing argument. He played an integral role in all stages of litigation and gained considerable experience handling preparation of trial documents and witnesses, cross-examining experts and adverse witnesses, and arguing jury instructions as well as other trial-related matters. Stefon also delivered the closing statement in a Section 1983 Prisoners' Rights Litigation pro bono case.

Now at Stueve Siegel Hanson, clients benefit from Stefon's practical experience analyzing litigation from multiple perspectives. Inquisitive by nature, he works to develop a comprehensive understanding of each client – and case – as well as the industry-specific knowledge. As a result, Stefon excels at addressing and explaining complex issues in a straightforward manner.

Outside of practicing law, Stefon showcases his passion for trying new things by running a food Instagram account where he highlights local restaurants.

### HONORS & RECOGNITIONS

The National Black Lawyers' Top 40 Under 40

### EDUCATION

**University of Missouri School of Law,** J.D.

- Honors: Order of Barristers, Dean's List, CALI Excellence for the Future Award

**Valparaiso University,** B.A.

## ADMISSIONS

Missouri

New Jersey

U.S. District Court Western District of Missouri

# JOY MERKLEN

ATTORNEY



T 816.714.7117
merklen@stuevesiegel.com

Joy Merklen advocates for individuals and companies in a variety of high-stakes complex litigation matters.

Before joining Stueve Siegel Hanson, Joy served as a judicial law clerk to Judge Nancy L. Moritz of the U.S. Court of Appeals for the Tenth Circuit and to Judge Julie A. Robinson of the U.S. District Court for the District of Kansas. These clerkships provided her with invaluable insights into the judicial decision-making process and effective advocacy.

In law school, Joy was the Editor-in-Chief of the *Kansas Law Review*.

She is fluent in French and Indonesian.

## EDUCATION

**University of Kansas School of Law**

J.D., 2020

- Order of the Coif
- Faculty Award for Outstanding Academic Achievement
- Payne & Jones Lawyering Award
- 6 CALI Excellence for the Future Awards
- Kansas Law Review, Editor-in-Chief
- Shook, Hardy & Bacon Scholar for Civil Procedure and Constitutional Law

**University of California, Berkeley**

B.A., Sociology, with highest distinction, 2016

## ADMISSIONS

Kansas

Missouri

U.S. Court of Appeals, Tenth Circuit

# ANDI HAMMACK

## ATTORNEY



T 816.714.7144
hammack@stuevesiegel.com

Andi Hammack applies her federal litigation experience to advocate for individuals and workers in a variety of high-stakes complex matters.

Before joining Stueve Siegel Hanson, Andi served as a judicial law clerk to the Honorable Daniel D. Crabtree in the District of Kansas. She then worked as a trial attorney at the U.S. Department of Justice - Tax Division in Washington, D.C., where she was selected through the Attorney General's Honors Program — the Department of Justice's competitive hiring track for entry-level attorneys. While at the DOJ, she represented the United States in the Court of Federal Claims, handling cases involving tax refund claims, trust fund recovery penalties, and a Treasury cash grant program.

Andi earned her J.D. from University of Kansas School of Law in 2020 where she was an active member of the Moot Court and Mock Trial Teams, and also served as a Comment Editor of the University of Kansas Law Review.

## EDUCATION

**University of Kansas School of Law**

J.D., 2020

- Comment Editor for The University of Kansas Law Review
- Mock Trial Council
- Moot Court Council
- CALI Award for Academic Excellence in Torts, Introduction to Constitutional Law, Evidence, Criminal Procedure, and Advanced Criminal Procedure
- Shook, Hardy & Bacon Scholar and Robert F. Bennet Award Recipient for Public Service

**University of Kansas**

B.A., 2017

- Honors Certificate
- Mock Trial Team, Team Captain, Regional Finalist

**ADMISSIONS**

Kansas

U.S. District Court for the District of Kansas

U.S. Court of Federal Claims

STUEVE SIEGEL HANSON

460 Nichols Road, Suite 200
Kansas City, Missouri 64112
stuevesiegel.com
816.714.7100