**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kandi Curtis

Plaintiff,

v.

Case No.: 1:26−cv−08572
Honorable Sharon Johnson Coleman

Abbott Laboratories, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 9/21/2026. Plaintiffs' amended motion to reassign related actions, consolidate, and appoint interim co−lead counsel [27] is granted. Enter Order. Oral motion by plaintiffs for an extension of time to file the consolidated complaint is granted. The consolidated complaint shall be filed by 11/5/2026. Plaintiffs' pervious motion to consolidate [11] is stricken as moot. Case is referred to Magistrate Judge Bass Ehler for limited discovery supervision. Judge Bass Ehler has authority to set/adjust discovery deadlines. Defendants' motion to transfer venue pursuant to 28 U.S.C. §1404(a) [33] is entered and continued. An in−person status hearing is set for 11/6/2026 at 8:45 AM. Presentment set for 9/22/2026 is stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.