**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the Order on September 21, 2026, by the Hon. Sharon Johnson Coleman in case 26 CV 8572, *Curtis v. Abbott Laboratories, Inc. et al.,* that the related cases listed below be reassigned, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Coleman shall preside over these related proceedings and each case to be reassigned from the current assigned judges listed below to Judge Coleman, pursuant to Local Rule 40.4.

| **CASE #** | **TITLE** | **JUDGE** |
|---|---|---|
| 26 CV 8580 | *Bly v. Abbott Laboratories, Inc. et al* | Bucklo |
| 26 CV 8706 | *Troesch v. Abbott Laboratories, Inc. et al* | Rowland |
| 26 CV 8848 | *Babel v. Abbott Laboratories, Inc. et al* | Alonso |
| 26 CV 10164 | *Blackwell v. Abbott Laboratories, Inc. et al* | Blakey |
| 26 CV 10379 | *Ayala v. Abbott Laboratories, Inc. et al* | Alexakis |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 1st day of October, 2026